EAST BATON ROUGE PARISH   C-709244
Filed Jul 01, 2021                    29
Deputy Clerk of Court

## 19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

DOCKET NO. _____                              DIVISION: ____

**CORRY S. NUTZEL AND ASHLEY NUTZEL,
AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR
CHILD, ARIYANA COLLINS NUTZEL AND
DONALD E. COLLINS AND PAULA COLLINS,**

**VERSUS**

**BRANDON MCCORD, RAFA TRANS, INC.,
NATIONAL INTERSTATE INSURANCE COMPANY, AND
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

FILED:_____     _____
                                          **DEPUTY CLERK**

### PETITION FOR DAMAGES

The petition of **Corry S. Nutzel and Ashley Nutzel, as administrators of the estate of their minor child Ariyana Collins Nutzel, Donald E. Collins and Paula Collins,** (hereinafter sometimes referred to as "petitioners"), persons of the full age and majority all are residents of and domiciled in the Parish of St. Tammany, Louisiana, save Ashley Nutzel who is a resident of and domiciled the Parish of East Baton Rouge, respectfully represent the following, to-wit:

1.

Made defendants herein are:

1. BRANDON MCCORD, a person of the full age and majority and a resident of and domiciled in the County of Lavaca, Texas, *and whose address on the accident investigation report is 108 Country Road, Hallettsville, TX 77964, whose address is listed herein to facilitate service through the Louisiana non-resident motorist statute;* at all times pertinent hereto, was the operator of the offending tractor trailer;

2. RAFA TRANS, INC., a foreign corporation, doing business in Louisiana and awaiting itself of the roads and highways of Louisiana, which owned the offending tractor trailer;

3. NATIONAL INTERSTATE INSURANCE COMPANY (hereinafter sometimes referred to as "National Interstate"), a foreign insurance company qualified to do and doing business in the State of Louisiana and named as defendant in the capacity of liability insurer of defendants Brandon McCord and RAFA Trans, Inc.; and

EXHIBIT J

4. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY hereinafter sometimes referred to as "State Farm"), a foreign insurance company qualified to do and doing business in the State of Louisiana and named as defendant in the capacity of UM/UIM insurer of petitioners;

2.

Defendants herein are each individually, jointly, severally, and *in solido* justly and truly indebted unto your petitioners in an amount to be determined by this Honorable Court, together with interest thereon from the date of judicial demand and for all costs of these proceeding for the following cause, to-wit:

3.

Petitioners allege that on or about July 5, 2020, at approximately 2:19 p.m., Donald E. Collins was operating a 2020 Nissan Maxima, owned by Enterprise Rent-a-Car, bearing Arkansas license plate number 763YSV, eastbound on I-10, descending from the Mississippi River Bridge. At the same time, defendant Brandon McCord was operating a 2016 Freightliner Tractor-Trailer, owned by defendant RAFA Trans, Inc., bearing Illinois license plate number P997145, eastbound on I-10, descending the Mississippi River Bridge in the lane immediately to the left of the petitioners' vehicle. Suddenly and without warning, McCord swerved to the right into the petitioners' lane of travel, crashing the front passenger side of his 18-wheeler into the driver's side rear of petitioners' vehicle with great force and violence. The impact was severe and resulted in serious injuries to petitioners.

4.

Petitioners allege that the cause of the aforesaid accident and the damages sustained was the gross and wanton negligence, carelessness, and recklessness of defendant Brandon McCord including, but not limited to the following, to-wit:

1. Failure to maintain control of a motor vehicle;

2. Failure to maintain a proper lookout;

3. Driving in a reckless and careless fashion;

4. Failure to see what should have been seen;

5. Careless operation;

EXHIBIT J

6. Failure to avoid a foreseeable and injurious incident;

7. Failure to warn of an impending impact;

8. Failure to operate his vehicle within its lane of travel;

9. Inattentiveness while driving;

10. Failure to exercise due caution;

11. Changing lanes without ensuring it was safe to do so;

12. Operating a vehicle in a manner inappropriate to the conditions then and there prevailing;

13. Careless disregard for the safety of others;

14. Striking another vehicle;

15. Obliviousness; and

16. Any and all other acts of negligence which may be shown/proven upon trial of this matter.

5.

Petitioners allege that at all times mentioned herein and pertinent hereto, the abovementioned 2016 Freightliner was insured by defendant National Interstate, made a defendant herein, under automobile liability policy no. CAT 001118800, through which defendants Brandon McCord and RAFA Trans, Inc. were named or omnibus insured.

6.

Petitioners further allege that defendants Brandon McCord and RAFA Trans, Inc. may have owned or been insured under other liability insurance policy(ies) in force and effect at the time of the subject accident that may be applicable, and if any other insurer(s) of defendants Brandon McCord and RAFA Trans, Inc. are hereinafter discovered, petitioners reserve their right to pursue said insurer(s) as defendants herein.

7.

Furthermore, at all material times herein, defendant State Farm had in force and effect a policy of insurance further identified as policy number 058035718F, which provided uninsured/underinsured motorist coverage to the petitioners.

8.

The impact described in this Petition for Damages caused severe and painful injuries to

EXHIBIT J

petitioners and will be more fully set forth hereinafter and proven upon the trial of this matter.

9.

Petitioner Donald E. Collins itemizes his individual damages, as follows:

a.   Past, present, and future pain and suffering;

b.   Past, present, and future mental anguish;

c.   Past, present, and future medical expenses;

d.   Past, present, and future loss of enjoyment of life;

e.   Disability; and

f.   Any and all other items of general and/or special damages which may be established at the trial of this matter.

10.

Petitioner Donald E. Collins alleges that due to the injuries sustained by his wife, Paula Collins, as a result of the aforesaid accident and resultant pain and disability of his wife, that their marriage has been severely damaged/stressed financially and emotionally, and that he has suffered a loss of consortium and is entitled to remuneration from the defendants.

11.

Petitioner Paula Collins itemizes her individual damages, as follows:

a.   Past, present, and future pain and suffering;

b.   Past, present, and future mental anguish;

c.   Past, present, and future medical expenses;

d.   Past, present, and future loss of enjoyment of life;

e.   Disability; and

f.   Any and all other items of general and/or special damages which may be established at the trial of this matter.

12.

Petitioner Paula Collins alleges that due to the injuries sustained by her husband, Donald E. Collins, as a result of the aforesaid accident and resultant pain and disability of her husband, that their marriage has been severely damaged/stressed financially and emotionally, and that she has suffered a loss of consortium and is entitled to remuneration from the defendants.



EXHIBIT J

13.

Petitioners Corry S. Nutzel and Ashley Nutzel, as administrators for the estate of their minor child Ariyana Collins Nutzel itemize her individual damages, as follows:

a.     Past, present, and future pain and suffering;

b.     Past, present, and future mental anguish;

c.     Past, present, and future medical expenses;

d.     Past, present, and future loss of enjoyment of life;

e.     Disability; and

f.     Any and all other items of general and/or special damages which may be established at the trial of this matter.

14.

Petitioners have made amicable demand to no avail.

15.

Petitioners seek all further damages and relief that is equitable under the circumstances.

16.

Petitioners desire and are entitled to judgment herein against the defendants in a reasonable amount to be determined by this Honorable Court for their damages, each of which are in excess of $50,000.00, exclusive of interest, costs, penalties, and attorney's fees.

**WHEREFORE,** petitioners, Corry S. Nutzel and Ashley Nutzel, as administrators for the estate of their minor child Ariyana Collins Nutzel, Donald E. Collins, and Paula Collins, pray that defendants, Brandon McCord, RAFA Trans, Inc., National Interstate Insurance Company, and State Farm Mutual Automobile Insurance Company, be duly cited to appear and answer this Petition for Damages, that they be served with a copy of same, and that after due proceedings are had therein, there be a judgment in favor of petitioners, Corry S. Nutzel and Ashley Nutzel, as administrators for the estate of her minor child Ariyana Collins Nutzel, Donald E. Collins, and Paula Collins, and against defendants BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually, jointly, severally, and *in solido*, in an amount to be determined by this Honorable Court, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings.


EXHIBIT J

Petitioners further pray for any and all other relief, general, and equitable.

Respectfully Submitted,

BRICE JONES & ASSOCIATES, L.L.C.

G. BRICE JONES (LSBA#7484) T.A.
PAUL D. HESSE (LSBA#22796)
L. JASON CUCCIA (LSBA# 31120)
61025 Hwy. 1091 (Robert Road)
Slidell, LA 70458
Office:       (985)643-2413
Facsimile:  (985)649-5830
E-Mail:     brice@bricejoneslaw.net
            paul@bricejoneslaw.net
            jason@bricejoneslaw.net

*Attorneys for the Petitioners*

**PLEASE SERVE:**

**BRANDON MCCORD**
**Through the Louisiana Non-Resident Motorist Statute:**
**LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVENUE**
**BATON ROUGE, LOUISIANA          70809**

**[SECRETARY OF STATE: SEE PARAGRAPH 1 FOR FORWARDING ADDRESS.]**

**RAFA TRANS, INC.**
**Through its registered agent for service of process:**
**A'DON TRUCKING CONSULTANT SERVICE, LLC o/b/o**
**EVILSIZOR PROCESS SERVERS, LLC**
**2244 NORTH LITTLE JOHN DRIVE**
**BATON ROUGE, LOUISIANA    70815**

**NATIONAL INTERSTATE INSURANCE COMPANY**
**Through its registered agent for service of process:**
**LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVE.**
**BATON ROUGE, LOUISIANA    70809**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**Through its registered agent for service of process:**
**LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVE.**
**BATON ROUGE, LOUISIANA    70809**



G. Brice Jones
Paul D. Hesse
L. Jason Cuccia
Jeffrey L. Oakes*

# BRICE JONES & ASSOCIATES
## ATTORNEYS AT LAW

61025 Highway 1091
(Robert Rd)
Slidell, Louisiana 70458

brice@bricejoneslaw.net
paul@bricejoneslaw.net
jason@bricejoneslaw.net
jeffrey@bricejoneslaw.net

## PERSONAL INJURY
## & TRIAL ATTORNEYS

Telephone: (985) 643-2413
Facsimile: (985) 649-5830

*Licensed to Practice: LA, TX, & NC

www.bricejoneslaw.net

**Original Sent Via U.S. Mail, Copy Sent Via Facsimile**

*(225) 389-3392*

EAST BATON ROUGE PARISH    C-709244
Filed Jul 01, 2021           29
Deputy Clerk of Court

July 1, 2021

Doug Wellborn, Clerk of Court
19th Judicial District Court - Parish of East Baton Rouge
300 North Boulevard
Baton Rouge, LA 70801

Re:    Corry S. Nutzel and Ashley Nutzel as administrators of the Estate
       for their minor child, Ariyana Collins Nutzel, Donald Collins and
       Paula Collins
       v.
       Brandon McCord, RAFA Trans, Inc., et al
       New Suit Filing

Dear Mr. Wellborn:

Please *fax*-file the enclosed Petition for Damages, into the record in connection with the above captioned proceeding. The originals and civil cover sheet will follow via United States first-class mail with a check to cover the costs of same. Please provide my office with a statement/invoice for the amount due via facsimile, including service costs, etc.

Should you have any questions or concerns, please do not hesitate to contact my paralegal, Linda or me directly.

With kind personal regards, I remain,

Sincerely,

*G. Brice Jones*

G. BRICE JONES

GBJ/ldd
Enclosure

**EXHIBIT J**

EAST BATON ROUGE PARISH
C-709244
Filed Jul 06, 2021 10:27 AM
Deputy Clerk of Court
FAX Received Jul 01, 2021

Case 3:29-cv-00091-JWD-RLB    Document 1-11    02/09/22    Page 8 of 111

# APPENDIX 9.6
## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court.  The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

CORRY S. NUTZEL AND ASHLEY NUTZEL AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD COLLINS AND PAULA COLLINS

**vs.**

BRANDON MCCORD, RAFA TRANS, INC. NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**Court:** 19th JUDICIAL DISTRICT      **Docket Number:** C-709244

**Parish of Filing:** EAST BATON ROUGE      **Filing Date:** 07/01/2021

**Name of Lead Petitioner's Attorney:** G. BRICE JONES

**Name of Self-Represented Litigant:** NONE

**Number of named petitioners:** 5      **Number of named defendants:** 4

**Type of Lawsuit:  Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

| | |
|---|---|
| x Auto: Personal Injury | __ Auto: Property Damage |
| __ Auto: Wrongful Death | __ Auto: Uninsured Motorist |
| __ Asbestos: Property Damage | __ Asbestos: Personal Injury/Death |
| __ Product Liability | __ Premise Liability |
| __ Intentional Bodily Injury | __ Intentional Property Damage |
| __ Intentional Wrongful Death | __ Unfair Business Practice |
| __ Business Tort | __ Fraud |
| __ Defamation | __ Professional Negligence |
| __ Environmental Tort | __ Medical Malpractice |
| __ Intellectual Property | __ Toxic Tort |
| __ Legal Malpractice | __ Other Tort (describe below) |
| __ Other Professional Malpractice | __ Redhibition |
| __ Maritime | __ Class action (nature of case) |
| __ Wrongful Death | |
| __ General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

PETITION FOR DAMAGES

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  G. BRICE JONES      Signature

Address  Brice Jones & Associates, LLC, 61025 Hwy. 1091 (Robert Road), Slidell, LA  70458

Phone number: (985) 643-2413      E-mail address: brice@bricejoneslaw.net

EXHIBIT J

EAST BATON ROUGE PARISH
Filed Jul 06, 2021 10:27 AM
Deputy Clerk of Court
FAX Received Jul 01, 2021

C-709244

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

DOCKET NO. C-709244                                            SECTION: 29

CORRY S. NUTZEL AND ASHLEY NUTZEL,
AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR
CHILD, ARIYANA COLLINS NUTZEL AND
DONALD E. COLLINS AND PAULA COLLINS,

VERSUS

BRANDON MCCORD, RAFA TRANS, INC.,
NATIONAL INTERSTATE INSURANCE COMPANY, AND
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

FILED:_____        _____
                                              DEPUTY CLERK

### REQUEST FOR NOTICE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, the undersigned hereby

requests written notice of the date set for trial of the above numbered and entitled cause, or of the

date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

The undersigned also requests notice of the signing of any final judgment or of the rendition

of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the

Louisiana Code of Civil Procedure.

Respectfully Submitted,

BRICE JONES & ASSOCIATES, L.L.C.

G. BRICE JONES (LSBA#7484) T.A.
PAUL D. HESSE (LSBA#22796)
L. JASON CUCCIA (LSBA# 31120)
61025 Hwy. 1091 (Robert Road)
Slidell, LA 70458
Office:      (985)643-2413
Facsimile: (985)649-5830
E-Mail:    brice@bricejoneslaw.net
              paul@bricejoneslaw.net
              jason@bricejoneslaw.net

*Attorneys for the Petitioners*

EXHIBIT J

**RETURN COPY**



D6966113

# CITATION
### (Louisiana Non Resident Motorist Statute Act. R.S. 13:3474 et seq.)

**CORRY S NUTZEL, ET AL**
(Plaintiff)

**VS**

**BRANDON MCCORD, ET AL**
(Defendant)

**NUMBER C-709244 29**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   BRANDON MCCORD**
**THROUGH SECRETARY OF STATE**

YOU HAVE BEEN SUED.

    Attached to this citation is a certified copy of the petition.  The petition tells you what you are being sued for.

    You must EITHER do what the petition asks in accordance with LSA R.S. 13:3474, or you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

    If you do not do what the petition asks, or if you do not file an answer or legal pleading in accordance with LSA R.S. 13:3474, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **JULY 6, 2021**.



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: JONES, GREGORY BRICE**
          985 6432413

**\*Also attached are the following documents:**
**PETITION FOR DAMAGES, REQUEST FOR NOTICE**
        ORIGINAL SERVED – LONG ARM COPY MAILED

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**SECRETARY OF STATE:**  By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:**        After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _____ day of _____, 20 _____.

SERVICE:$_____
MILEAGES_____
TOTAL:  $_____

         Deputy Sheriff
        Parish of East Baton Rouge



EXHIBIT J

RECEIVED
JUL 0 7 2021
E B R SHERIFF'S OFFICE

EXHIBIT J

**RETURN COPY**



**D6966162**

# CITATION

CORRY S NUTZEL, ET AL
(Plaintiff)

VS

BRANDON MCCORD, ET AL
(Defendant)

NUMBER C-709244   SEC. 29

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   RAFA TRANS, INC..
      THROUGH A'DON TRUCKING CONSULTION SERVICE, LLC OBO EVILSIZOR
PROCESS SERVICES, LLC
      2244 NORTH LITTLE JOHN DR.
      BATON ROUGE, LA 70815

GREETINGS:

        Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being
sued for.
        You must EITHER do what the petition asks OR, within fifteen (15) days after you have received
these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at
300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file
an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further
notice.
        This citation was issued by the Clerk of Court for East Baton Rouge Parish on JULY 6, 2021.



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: JONES, GREGORY BRICE
                     985 6432413

*The following documents are attached:
PETITION FOR DAMAGES, REQUEST FOR NOTICE
SERVICE INFORMATION:

Received on the __9__ day of __July__, 20__21__ and on the _____ day of _____, 20_____, served on the above named party as
follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of
_____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:       After diligent search and inquiry, was unable to find the within named _Rafa Trans inc._ or his domicile, or anyone
legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this __13__ day of __July__, 20_21_.

                    _M. Turner 1963_
SERVICE:$_____                 Deputy Sheriff
MILEAGE$_____          Parish of East Baton Rouge
TOTAL:  $_____

CITATION-2000

7-13-21 UTS 12:05pm resident Joshua Parnell
Business unknown at address listed.

                        U.T.S.                    EXHIBIT J

7-9-21 A/S 8:45Am 121 2/06/22

7-12-21 A/S 2Pm 2nd L.C.

Joshua Prznell
Resident

RECEIVED
JUL 0 8 2021
E B R SHERIFF'S OFFICE

EXHIBIT J

**RETURN COPY**



**D6966352**

# CITATION

CORRY S NUTZEL, ET AL
(Plaintiff)

VS

BRANDON MCCORD, ET AL
(Defendant)

NUMBER C-709244   SEC. 29

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  **NATIONAL INTERSTATE INSURANCE COMPANY**
     **THROUGH SECRETARY OF STATE**
     **8585 ARCHIVES AVE.**
     **BATON ROUGE,  LA 70809**

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 6, 2021.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: JONES, GREGORY BRICE
                     985 6432413

*The following documents are attached:
**PETITION FOR DAMAGES, NOTICE FOR NOTICE**

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE:  On the party herein named at _____.

DOMICILIARY SERVICE:  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:      After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

**EXHIBIT J**

RECEIVED
JUL 07 2021
E B R SHERIFF'S OFFICE

EXHIBIT J

**RETURN COPY**



**D6966345**

# CITATION

| | |
|---|---|
| **CORRY S NUTZEL, ET AL**<br>(Plaintiff) | **NUMBER C-709244   SEC. 29** |
| | **19th JUDICIAL DISTRICT COURT** |
| **VS** | **PARISH OF EAST BATON ROUGE** |
| **BRANDON MCCORD, ET AL**<br>(Defendant) | **STATE OF LOUISIANA** |

**TO:  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**THROUGH LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVE.**
**BATON ROUGE,  LA 70809**

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 6, 2021.**

*Julia Gray*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: **JONES, GREGORY BRICE**
985 6432413

*The following documents are attached:
**PETITION FOR DAMAGES, NOTICE FOR NOTICE**

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:        After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____                    _____
TOTAL:  $_____                                Deputy Sheriff
                                              Parish of East Baton Rouge

CITATION-2000

*(diagonal stamp)* made service on the named party through the Office of the Secretary of State on JUL 08 2021 by tendering a copy of this document to: JULIE NESBIT BY L. KING #0586 Deputy Sheriff, Parish of East Baton Rouge, LA

<span style="color:red; font-size:2em">EXHIBIT J</span>

RECEIVED
JUL 07 2021
E.B.R. SHERIFF'S OFFICE

EXHIBIT J

**RETURN COPY**



**D6966162**

# CITATION

**CORRY S NUTZEL, ET AL**
(Plaintiff)

**VS**

**BRANDON MCCORD, ET AL**
(Defendant)

**NUMBER C-709244   SEC. 29**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   RAFA TRANS, INC..**
        **THROUGH A'DON TRUCKING CONSULTION SERVICE, LLC OBO EVILSIZOR**
**PROCESS SERVICES, LLC**
        **2244 NORTH LITTLE JOHN DR.**
        **BATON ROUGE,  LA 70815**

GREETINGS:

        Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.
        You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
        This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 6, 2021.**



*Julia Gray*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: JONES, GREGORY BRICE**
                    **985 6432413**

*The following documents are attached:
**PETITION FOR DAMAGES, REQUEST FOR NOTICE**

**SERVICE INFORMATION:**

Received on the __9__ day of __July__, 20__21__ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**       After diligent search and inquiry, was unable to find the within named __Rafa Trans inc.__ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this __13__ day of __July__, 20__21__.

__M. Turner 1963__
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

7-13-21 UTS 12:05Pm resident Joshua Parnell
Business unknown at address listed.

U.T.S.

**EXHIBIT J**

7-9-21 A/S 8:45 A pm L.C.

7-12-21 A/S 2pm 2nd L.C.

Joshua Prenell
Resident

RECEIVED
JUL 0 8 2021
E B R SHERIFF'S OFFICE

EXHIBIT J

## CRAIG D. GREMILLION AND ASSOCIATES

### ATTORNEYS AT LAW

**Employees of the Law Department**
**State Farm Mutual Automobile Insurance Company**

Craig D. Gremillion
Suzanne W. Miller
Julie N. deGeneres
Sandra S. Rester
Aaron J. Chaisson, Jr.
Katherine M. LaPorte
E'Vinski L. Davis

2600 CitiPlace Drive, Suite 550
Baton Rouge, Louisiana  70808

Telephone:  (225) 231-9460
Facsimile:  (855) 396-2535

L. Dean Fryday, Jr.
Robert S. Bourgeois
Tucker F. Giles
Jeanne P. Henderson
Kaitlin J. Dyer
Rachel S. Day
Caleb J. Huval

August 3, 2021

<u>**VIA E-FILE**</u>
Clerk of Court
19th Judicial District Court
Post Office Box 1991
Baton Rouge, LA  70821

RE:   Nutzel, Corry, et al vs. McCord, Brandon, et al
      19th J.D.C.; Suit No. 709,244 Division "29"
      Claim Number: 18-08Q4-26R
      My File:  21BATO25573

Dear Clerk:

Please e-file the attached Dilatory Exception of Lack of Procedural Capacity, Answer, Cross Claim, Order, Memorandum in Support of Dilatory Exception of Lack of Procedural Capacity and Request for Notice into the referenced suit and provide me with a receipt of transmission.

Thank you for your courtesy and cooperation in this matter.

Sincerely,

Katherine M. LaPorte

KML:pjm
Attachments

cc:   G. Brice Jones - VIA FAX ONLY: (985) 649-5830

EXHIBIT J

EAST BATON ROUGE PARISH
Filed Aug 03, 2021 4:03 PM
Deputy Clerk of Court
E-File Received Aug 03, 2021 3:46 PM

C-709244
29

Case 3:22-cv-00088-JWD-RLB    Document 1-11    02/09/22    Page 21 of 111

CORRY S. NUTZEL AND ASHLEY NUTZEL, AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD E. COLLINS AND PAULA COLLINS

NUMBER: 709,244 SECTION: "29"

19TH JUDICIAL DISTRICT COURT

VERSUS

BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY, ANSWER TO PETITION FOR DAMAGES, CROSS CLAIM AND ALTERNATIVE REQUEST FOR JURY

NOW INTO COURT, through undersigned counsel, comes State Farm Mutual Automobile Insurance Company (hereinafter referred to as "State Farm"), sought to be made defendant herein, who, hereby asserts the Dilatory Exception of Lack of Procedural Capacity; and who, in answer to plaintiffs' Petition for Damages, denies each and every allegation contained therein, except those which may be hereinafter specifically admitted. And now, in further response, defendant avers:

## FIRST DEFENSE
## DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY

Exceptor, State Farm Mutual Automobile Insurance Company, hereby asserts the Dilatory Exception of Lack of Procedural Capacity and requires strict proof that Corry Nutzel and Ashley Nutzel possess the procedural capacity to proceed with this matter on behalf of the minor child, Ariyana Collin Nutzel. Said exceptor respectfully requests that this exception be set for hearing on the next available date.

AND NOW, responding to enumerated paragraphs contained within plaintiffs' petition for damages, defendant asserts as follows:



EXHIBIT J

1.

The allegations of Paragraph 1 of plaintiffs' Petition for Damages are denied, either absolutely or for lack of sufficient information, except to admit that State Farm Mutual Automobile Insurance Company is a foreign insurance company authorized to do business in the State of Louisiana. State Farm Mutual Automobile Insurance Company specifically denies all liability herein.

2.

The allegations of Paragraph 2 of plaintiffs' Petition for Damages are denied.

3.

The allegations of Paragraph 3 of plaintiffs' Petition for Damages are denied.

4.

The allegations of Paragraph 4 of plaintiffs' Petition for Damages are denied.

5.

State Farm is without sufficient information to admit or deny the allegations of Paragraph 5 of plaintiffs' Petition for Damages.

6.

State Farm is without sufficient information to admit or deny the allegations of Paragraph 6 of plaintiffs' Petition for Damages.

7.

In response to the allegations contained in Paragraph 7 of plaintiffs' Petition, State Farm admits that it issued a contract of insurance in the name of Donald E. Collins and that said policy was in full force and effect at all times material to this proceeding, but that said policy contains numerous definitions, clauses an exclusions and said policy is the best evidence of its contents, including, but not limited to, the applicable limits of coverage.  All provisions, conditions, definitions, exclusions and general terms of the policy are affirmatively pled herein as if copied in full. Any remaining allegations in paragraph 7 are denied.


EXHIBIT J

8.

The allegations of Paragraph 8 of plaintiffs' Petition for Damages are denied.

9.

The allegations of Paragraph 9 of plaintiffs' Petition for Damages are denied.

10.

The allegations of Paragraph 10 of plaintiffs' Petition for Damages are denied.

11.

The allegations of Paragraph 11 of plaintiffs' Petition for Damages are denied.

12.

The allegations of Paragraph 12 of plaintiffs' Petition for Damages are denied.

13.

The allegations of Paragraph 13 of plaintiffs' Petition for Damages are denied.

14.

The allegations of Paragraph 14 of plaintiffs' Petition for Damages are denied.

15.

The allegations of Paragraph 15 of plaintiffs' Petition for Damages are denied.

16.

In response to the allegations of Paragraph 16 of Plaintiffs' Petition for Damages, State Farm denies that any plaintiff's damages are in excess of the jurisdictional limit for a jury trial.  Alternatively, and only in the event that it is determined that any plaintiff's total claim for damages exceeds the jurisdictional requirement for a jury trial, which is specifically denied, then defendant is entitled to and therefore requests a trial by jury.

17.

Any allegations contained in plaintiffs' prayer for relief are denied.

**AND NOW,** further responding to the plaintiffs' Petition for Damages, defendant, State Farm Mutual Automobile Insurance Company, respectfully avers and pleads as follows:



I.

That State Farm Mutual Automobile Insurance Company denies any liability to anyone in connection with the alleged accident and purported damages made the subject of this proceeding.

II.

To the extent the evidence may so indicate and in order to preserve the affirmative defense, and only in the event that plaintiffs proves any damages, which are denied, such damages were caused by the fault, negligence, strict liability, omission and/or any other type of fault recognized by law of others over whom this defendant has no authority or control and for whom this defendant has no responsibility.

III.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, State Farm Mutual Automobile Insurance Company specifically asserts the affirmative defense of contributory negligence, comparative negligence, and/or any other type of fault recognized by law, and as such, bars any recovery, or alternatively, serves to diminish recovery on a comparative fault basis.

IV.

Further, only in the event that the trier of fact determines that liability is established on the part of defendant, State Farm Mutual Automobile Insurance Company, which is at all times denied, then in that event, said defendant pleads that it is entitled to a credit:

A.  For all other insurance now and/or heretofore available to the plaintiffs relative to the alleged accident and purported damages;

B.  For any sums paid to or on behalf of plaintiffs by or on behalf of any person or organization who may be held legally liable relative to the alleged accident and purported damages; and

C.  For any and all payments made to or on behalf of plaintiffs pursuant to a policy of insurance issued by State Farm to Donald Collins.

V.

In the event evidence is discovered to indicate plaintiffs have failed to mitigate their

EXHIBIT J

damages, State Farm respectfully alleges failure to mitigate damages as an affirmative defense.

VI.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, State Farm specifically asserts the affirmative defense of sudden emergency.

VII.

Any injuries or damages allegedly sustained by plaintiffs, which are denied, are the result of pre-existing and/or subsequently occurring conditions or illnesses, the origin or subsequent treatment of which did not arise of out of, result from or relate to the automobile accident in suit.

VIII.

In the event plaintiffs prove any damages, which are denied, State Farm asserts that said damages were not caused by an uninsured/underinsured motorist.

IX.

State Farm pleads any and all terms, conditions, exclusions and coverage limits contained within the applicable insurance policy issued to Donald Collins by State Farm.

X.

Defendant, State Farm, respectfully avers that the plaintiffs' total claim for damages does not exceed the sum of Fifty Thousand and 00/100 ($50,000.00) Dollars.   In the alternative, and only in the event that it is determined that any plaintiff's total claim for damages exceeds the sum of Fifty Thousand and 00/100 ($50,000.00) Dollars, which is specifically denied, then this defendant is entitled to and therefore requests a trial by jury.

XI.

To the extent the evidence may so indicate and in order to preserve the affirmative defense, respondent specifically asserts the provisions of the Medicare Secondary Payer Act 42 USC 1395 et seq, the Medicare, Medicaid and SCHIP Extension Act of 2007 31 USCS 3711 et seq, 45 CFR 30 et seq and 42 CFR 411 et seq.  Specifically, respondent alleges that the failure of the plaintiff to provide official and definitive documentation from the Center


EXHIBIT J

for Medicare and Medicaid Services regarding the amount of any Medicare lien (and/or lack thereof) and/or the amount of any required set-aside (and/or lack thereof), is an affirmative defense to any state law requirement to make an unconditional tender of any Uninsured or Underinsured Motorist Economic Only Coverage and/or Medical Payments Coverage that may be applicable.

**AND NOW ASSUMING THE POSITION OF PLAINTIFF IN CROSS CLAIM,** State Farm Mutual Automobile Insurance Company respectfully avers as follows:

1.

Made defendants in Cross Claim herein are:

A. BRANDON MCCORD, a person of the full age of majority domiciled in the County of Lavaca, Texas;

B. RAFA TRANS, INC., a foreign corporation doing business in Louisiana; and

C. NATIONAL INTERSTATE INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana.

2.

On or about July 6, 2021, original plaintiffs filed a petition against Brandon McCord, RAFA Trans, Inc. and National Interstate Insurance Company (insurer of RAFA Trans, Inc. and McCord), seeking recovery for personal injuries allegedly sustained in an automobile accident that occurred on or about July 5, 2020. State Farm Mutual Automobile Insurance Company was also named as a defendant in that petition. It is alleged that State Farm is liable unto original plaintiffs pursuant to certain economic only uninsured/underinsured motorist and medical payments coverages. All of the above is more fully set forth in plaintiffs' Petition for damages.


EXHIBIT J

3.

At all times material relevant hereto, State Farm had in full force in effect a policy of economic only uninsured/underinsured insurance issued to Donald Collins. Said insurance policy also included medical payments coverage.

4.

State Farm has filed an answer to plaintiffs' Petition for Damages, denying any and all liability in the premises, the allegations and defenses of which are hereby adopted and incorporated herein, by reference, as if copied at this point in extenso.

5.

In the alternative, and only in the event this Court should determine that State Farm is liable unto original plaintiffs pursuant to its medical payments coverage, which is denied, then in that event, cross-claimant avers that its liability under said coverage arises solely as a result of the liability of Brandon McCord and/or RAFA Trans, Inc. all as set forth in paragraphs 3 and 4 of plaintiffs' Petition for Damages; the allegations of these paragraphs are hereby adopted and incorporated herein by this reference solely for the purpose of this cross-claim as if pleaded at this point in extenso, and that State Farm, pursuant to its rights of legal subrogation and/or, conventional subrogation, is therefore entitled to judgment in its favor and against defendants in cross-claim, Brandon McCord, RAFA Trans, Inc. and National Interstate Insurance Company for any and all amounts for which State Farm may hereinafter be cast under its medical payments coverage and for all costs of these proceedings.

6.

To the extent that Brandon McCord and/or RAFA Trans, Inc. are found at fault, either directly or vicariously, for the accident at issue in this litigation, Brandon McCord, RAFA Trans, Inc. and National Interstate Insurance Company are truly and justly indebted unto Plaintiff in Cross Claim, State Farm, either in part or in full for all


EXHIBIT J

sums that have been paid by State Farm to and/or on behalf of plaintiffs pursuant to medical payments coverage issued by State Farm.

7.

Defendants in Cross Claim, Brandon McCord, RAFA Trans, Inc. and National Interstate Insurance Company, are further truly and justly indebted unto Plaintiff in Cross Claim, State Farm, either in part or in full, for any and all additional sums to be paid to and/or on behalf of plaintiffs pursuant to medical payments coverage issued by State Farm.

8.

Plaintiff in Cross Claim, State Farm, is entitled to reimbursement from the Defendants in Cross Claim pursuant to the doctrines of conventional and/or legal subrogation to the full extent set forth herein above, together with legal interest thereon from the date of judicial demand until paid and all costs of this proceeding.

**WHEREFORE,** Exceptor/Defendant/Plaintiff in Cross Claim, State Farm Mutual Automobile Insurance Company, respectfully prays as follows:

I.

That this Answer be deemed good and sufficient, and that after due proceedings had, there be judgment herein in favor of defendant, State Farm, and against plaintiffs, dismissing plaintiffs' suit with prejudice at plaintiffs' cost;

II.

That Defendants in Cross Claim, Brandon McCord, RAFA Trans, Inc. and National Interstate Insurance Company, be served with a copy of the foregoing Cross Claim and, after due proceedings had, there be judgment herein in favor of Plaintiff in Cross Claim, State Farm Mutual Automobile Insurance Company, and against Defendants in Cross Claim, in solido, for all or, alternatively, part of the medical payments made by State Farm as of the time of trial pursuant to the medical payments


EXHIBIT J

coverage provided by State Farm, together with legal interest on said amount from the date of judicial demand until paid and all costs of this proceeding;

III.

That the Dilatory Exception of Lack of Procedural Capacity be maintained; and

IV.

Further, State Farm Mutual Automobile Insurance Company prays for a trial by jury as to all issues and for all other general and equitable relief.

Respectfully submitted:

CRAIG D. GREMILLION AND ASSOCIATES
2600 CitiPlace Drive, Suite 550
Baton Rouge, LA 70808
Telephone:  (225) 231-9460
Facsimile:  (855) 396-2535

By: _____

Katherine M. LaPorte
Bar No. 21701
katherine.laporte@statefarm.com
Attorney for defendant, State Farm Mutual Automobile Insurance Company

**PLEASE SERVE (ALONG WITH ATTACHED ORDER AND MEMORANDUM):**

Corry S. Nutzel and Ashley Nutzel, on behalf of the minor child,
Ariyana Collins Nutzel
*through their attorney of record:*
G. Brice Jones
61025 Hwy. 1091
Slidell, LA 70458

**PLEASE SERVE:**

RAFA Trans, Inc.
*Through its registered agent for service of process:*
A'Don Trucking Consultant Service, LLC o/b/o
Evilsizor Process Servers, LLC
2244 North Little John Drive
Baton Rouge, LA 70809

AND

EXHIBIT J

National Interstate Insurance Company
*Through its registered agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809


CERTIFICATE OF SERVICE

    I certify that I served a copy of the foregoing pleading on counsel for all parties to this proceeding, namely:

    G. Brice Jones
    61025 Highway 1091
    Slidell, LA 70458

    Baton Rouge, Louisiana, this 3rd day of August, 2021.


_____
    Katherine M. LaPorte

EXHIBIT J

EAST BATON ROUGE PARISH
Filed Aug 03, 2021 4:03 PM
Deputy Clerk of Court
E-File Received Aug 03, 2021 3:46 PM

C-709244
29

| | |
|---|---|
| CORRY S. NUTZEL AND ASHLEY NUTZEL, AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD E. COLLINS AND PAULA COLLINS | NUMBER: 709,244 SECTION: "29" |
| | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

### REQUEST FOR NOTICE OF TRIAL
### AND OF SIGNING OF JUDGMENT AND ORDER
### WITH NOTICE OF REPRESENTATION

TO:     Clerk of Court, 19th Judicial District
        Parish of East Baton Rouge

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered entitled cause, and of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

We also request written notice of the signing of any final judgment or of the rendition of any interlocutory Order or Judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

All attorneys of Craig D. Gremillion and Associates are employees of the Law Department of State Farm Mutual Automobile Insurance Company.

Respectfully submitted:

CRAIG D. GREMILLION AND ASSOCIATES
2600 CitiPlace Drive, Suite 550
Baton Rouge, LA 70808
Telephone:  (225) 231-9460
Facsimile:  (855) 396-2535

By:  _____
     Katherine M. LaPorte
     Bar No. 21701
     katherine.laporte@statefarm.com
     Attorney for defendant, State Farm Mutual Automobile
     Insurance Company

EXHIBIT J

EAST BATON ROUGE PARISH
Filed Aug 03, 2021 4:03 PM
Deputy Clerk of Court
E-File Received Aug 03, 2021 3:46 PM

Case 3:22-cv-00091-JWD-RLB    Document 1-11    02/09/22    Page 32 of 111

C-709244
29

CORRY S. NUTZEL AND ASHLEY NUTZEL, AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD E. COLLINS AND PAULA COLLINS

NUMBER: 709,244 SECTION: "29"

19TH JUDICIAL DISTRICT COURT

VERSUS

BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## MEMORANDUM IN SUPPORT OF DILATORY EXCEPTIONS OF LACK OF PROCEDURAL CAPACITY

**MAY IT PLEASE THE COURT:**

The above entitled and numbered cause commenced with a Petition for Damages asserted on behalf of Corry Nutzel and Ashley Nutzel. The said Corry Nutzel and Ashley Nutzel have asserted claims "as administrators of the estate of their minor child, Ariyana Collins Nutzel." All of the just noted information is set forth in the preamble to the plaintiffs' Petition. The plaintiffs' Petition does not include any specific allegations relative to the procedural capacity of Corry Nutzel and Ashley Nutzel to assert claims on behalf of the minor child involved in this proceeding.

LSA-C.C.P. Article 682 provides that a competent major and a competent emancipated minor have the procedural capacity to sue. LSA-C.C.P. Article 683 (A) provides that an unemancipated minor does not have the procedural capacity to sue. LSA-C.C.P. Article 683 further provides as follows:

> (B) All persons having parental authority over an unemancipated minor must join as proper plaintiffs to sue to enforce a right of the minor, unless a joint custody implementation order otherwise applies. Nevertheless, with permission of the court, any person having parental authority may represent the minor whenever the other person having parental authority fails or refuses to do so.

> (C) During tutorship, the tutor is the proper plaintiff to sue to enforce a right of the unemancipated minor.



**EXHIBIT J**

As previously noted, the plaintiffs have failed to allege any facts which pertain to their procedural capacity to sue to enforce rights on behalf of the minor child involved in this proceeding. Instead, the plaintiffs have simply used conclusory language stating that they are asserting claims "as administrators of the estate of" the minor child. The plaintiffs have failed to establish that they have been appointed by a Court of this State as the tutor and/or tutrix of the minor child. Furthermore, the plaintiffs have failed to allege that any of the prerequisites set forth in Article 683 are applicable in this case. There is no allegation that a joint custody implementation order applies or that permission of the court has been obtained due to the other person having parental authority failing to act. In sum, the plaintiffs have failed to assert the minimum allegations required by the provisions of LSA-C.C.P. Article 683.  <u>Scott v. Jacks' Cookie Co.</u>, 413 So. 2d 1334 (La. App. 1 Cir. 4/13/82).

CONCLUSION

Considering the foregoing, the plaintiffs, Corry Nutzel and Ashley Nutzel, should be ordered to supplement and amend the original Petition for Damages filed in connection with this proceeding. In default thereof, the claims of Corry Nutzel and Ashley Nutzel, on behalf of Ariyana Collins Nutzel, should be dismissed, with prejudice and at the plaintiffs' costs.

Respectfully submitted:

CRAIG D. GREMILLION AND ASSOCIATES
2600 CitiPlace Drive, Suite 550
Baton Rouge, LA 70808
Telephone:  (225) 231-9460
Facsimile:  (855) 396-2535

By:  _____
Katherine M. LaPorte
Bar No. 21701
katherine.laporte@statefarm.com
Attorney for defendant, State Farm Mutual Automobile Insurance Company

EXHIBIT J

<u>CERTIFICATE OF SERVICE</u>

I certify that I served a copy of the foregoing memorandum on counsel for all parties to this proceeding, namely:

G. Brice Jones
61025 Highway 1091
Slidell, LA 70458

Baton Rouge, Louisiana, this 3rd day of August, 2021.

_____
Katherine M. LaPorte

EXHIBIT J

EAST BATON ROUGE PARISH
Filed Aug 03, 2021 4:03 PM
Deputy Clerk of Court
E-File Received Aug 03, 2021 3:46 PM

C-709244
29

Case 3:22-cv-00084-JWD-RLB   Document 1-11   02/09/22   Page 35 of 111

| | |
|---|---|
| CORRY S. NUTZEL AND ASHLEY NUTZEL, AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD E. COLLINS AND PAULA COLLINS | NUMBER: 709,244 SECTION: "29"  19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE  STATE OF LOUISIANA |

## ORDER

Considering the above and foregoing Dilatory Exception of Lack of Procedural Capacity:

**IT IS ORDERED THAT** plaintiffs, Corry Nutzel and Ashley Nutzel, individually and on behalf of the minor child, Ariyana Collins Nutzel, show cause on the __20__ day of __September__, 2021 at __9:30__ o'clock a.m. why the Dilatory Exception of Lack of Procedural Capacity should not be granted and ordered as prayed.

Baton Rouge, Louisiana, this __12__, day of __August__, 2021.

_____
HONORABLE KELLY BALFOUR
JUDGE, 19TH JUDICIAL DISTRICT COURT

**EXHIBIT J**

**RETURN COPY**



**D7275480**

# NOTICE OF FILING

**CORRY S NUTZEL, ET AL**
(Plaintiff)

**NUMBER C-709244 29**

**VS**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**BRANDON MCCORD, ET AL**
(Defendant)

**STATE OF LOUISIANA**

TO:   **RAFA TRANS, INC..**
      **THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
      **A'DON TRUCKING CONSULTION SERVICE, LLC OBO**
      **EVILSIZOR PROCESS SERVICES, LLC**
      **2244 NORTH LITTLE JOHN DRIVE**
      **BATON ROUGE, LA 70809**

GREETINGS:

You are hereby notified that a **DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY, ANSWER TO PETITION FOR DAMAGES, CROSS CLAIM, AND ALTERNATIVE REQUEST FOR JURY** was filed in our court.   Certified copy(s) is(are) attached hereto, as requested by **LAPORTE, KATHERINE M**, Attorney.

This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 19, 2021**.


**\*\*\*EXCEPTION HEARING SET FOR SEPTEMBER 20, 2021 AT 9:30 AM\*\*\***



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the ___2___ day of ___Sept___, 2.21 and on the ___l___ day of _____, 20__ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _Rafa Trans inc_ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ___7___ day of ___Sept___, 20_21_.

SERVICE:   $_____                M. Turner 1963
MILEAGE:   $_____                _Deputy Sheriff_
TOTAL:     $_____

**NOTICE OF FILING–2143**

9-7-21 YTS 9AM 3rd Att. Left Cards no Contact

EXHIBIT J

9-2-21) A/S 9:50 AM 1st LC

9-3-21) A/S 7:15 AM 2nd LC

RECEIVED

AUG 2 4 2021

E.B.R. SHERIFF'S OFFICE

EXHIBIT J

RETURN COPY



**D7275514**

# NOTICE OF FILING

**CORRY S NUTZEL, ET AL**
(Plaintiff)

**VS**

**BRANDON MCCORD, ET AL**
(Defendant)

**NUMBER C-709244 29**

**19ᵗʰ JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:    NATIONAL INTERSTATE INSURANCE COMPANY**
       **THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
       **SECRETARY OF STATE**

GREETINGS:

    You are hereby notified that a **DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY, ANSWER TO PETITION FOR DAMAGES, CROSS CLAIM, AND ALTERNATIVE REQUEST FOR JURY** was filed in our court.   Certified copy(s) is(are) attached hereto, as requested by **LAPORTE, KATHERINE M**, Attorney.

    This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 19, 2021**.

           ***EXCEPTION HEARING SET FOR SEPTEMBER 20, 2021 AT 9:30 AM***

*Laura Robichaux*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

I made service on the named party through the Office of the Secretary of State on

**AUG 23 2021**

by tendering a copy of this document to:
**JULIE NESBITT**

**BY. E. CUMMINS #1155**
Deputy Sheriff Parish of East Baton Rouge, Louisiana

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:      $_____
MILEAGE      $_____
TOTAL:         $_____

_____
Deputy Sheriff

**NOTICE OF FILING–2143**



**EXHIBIT J**



EXHIBIT J

**RETURN COPY**



D7275514

# NOTICE OF FILING

**CORRY S NUTZEL, ET AL**
(Plaintiff)

**VS**

**BRANDON MCCORD, ET AL**
(Defendant)

**NUMBER C-709244 29**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **NATIONAL INTERSTATE INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
SECRETARY OF STATE**

GREETINGS:

You are hereby notified that a **DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY, ANSWER TO PETITION FOR DAMAGES, CROSS CLAIM, AND ALTERNATIVE REQUEST FOR JURY** was filed in our court.   Certified copy(s) is(are) attached hereto, as requested by **LAPORTE, KATHERINE M**, Attorney.

This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 19, 2021**.

### ***EXCEPTION HEARING SET FOR SEPTEMBER 20, 2021 AT 9:30 AM***

I made service on the named party through the
Office of the Secretary of State on

AUG 23 2021

by tendering a copy of this document to:
JULIE NESBITT

*Laura Robichaux*

**Deputy Clerk of Court for
Doug Welborn, Clerk of Court**

BY. E. CUMMINS #1155
Parish of East Baton Rouge, Louisiana
Deputy Sheriff

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:     $_____
MILEAGE     $_____                          _____
TOTAL:        $_____                                      Deputy Sheriff

NOTICE OF FILING–2143



EXHIBIT J



RECEIVED
AUG 2 0 2021
E.B.R. SHERIFF'S OFFICE

EXHIBIT J

**RETURN COPY**



D7275514

# NOTICE OF FILING

**CORRY S NUTZEL, ET AL**
(Plaintiff)

**VS**

**BRANDON MCCORD, ET AL**
(Defendant)

**NUMBER C-709244 29**

**19ᵗʰ JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:    **NATIONAL INTERSTATE INSURANCE COMPANY**
       **THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
       **SECRETARY OF STATE**

GREETINGS:

You are hereby notified that a **DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY, ANSWER TO PETITION FOR DAMAGES, CROSS CLAIM, AND ALTERNATIVE REQUEST FOR JURY** was filed in our court.   Certified copy(s) is(are) attached hereto, as requested by **LAPORTE, KATHERINE M,** Attorney.

This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 19, 2021**.

### ***EXCEPTION HEARING SET FOR SEPTEMBER 20, 2021 AT 9:30 AM***

*I made service on the named party through the*
*Office of the Secretary of State on*

*AUG 23 2021*

*by tendering a copy of this document to:*
*JULIE NESBITT*
*BY. E. CUMMINS #1155*
*Deputy Sheriff, Parish of East Baton Rouge, Louisiana*
*Deputy Sheriff*

*Laura Robichaux*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:    $_____
MILEAGE:   $_____          _____
TOTAL:      $_____                    Deputy Sheriff

NOTICE OF FILING–2143



**EXHIBIT J**



RECEIVED
AUG 2 0 2021
E.B.R. SHERIFF'S OFFICE

EXHIBIT J

**RETURN COPY**



D7275530

# RULE NISI

**CORRY S NUTZEL, ET AL**
(Plaintiff)

**NUMBER C-709244 29**

**19th JUDICIAL DISTRICT COURT**

**VS**

**PARISH OF EAST BATON ROUGE**

**BRANDON MCCORD, ET AL**
(Defendant)

**STATE OF LOUISIANA**



**TO:   CORRY S NUTZEL AND ASHLEY NUTZEL OBO THE MINOR CHILD,**
**ARIYANA COLLINS NUTZEL**
**THROUGH THEIR ATTORNEY OF RECORD:**
**GREGORY BRICE JONES**
**61025 HYW., 1091**
**SLIDELL, LA 70458**

The Mover in this case filed a **DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY, ANSWER TO PETITION FOR DAMAGES, CROSS CLAIM, AND ALTERNATIVE REQUEST FOR JURY.** Certified copies and the Court's Order are attached.

You **MUST** come to Court at **09:30 AM** on **09/20/2021** in Room **10B**, 300 North Boulevard, Baton Rouge, Louisiana, and show cause why:

# * * * * * SEE ATTACHED ORDER * * * * *.

This Rule was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 19, 2021.**

*Laura Robichaux*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: LAPORTE, KATHERINE M**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

(17)709244 - EXC  - SN #1
Served - Personal on                    INT:                        _____, by leaving the same at his domicile
G. Brice Jones On Behalf Of Corry S. Nutzel at     suitable age and discretion residing in the said domicile at
61025 HIGHWAY 1091, SLIDELL
Return Date & Time: 08/27/2021  8:59AM               to find the within named _____ or
through Sarah - secretary

8716 - Robert Lewis, Deputy Sheriff                  _____, 20____.

_____
eputy Sheriff

**RULE NISI –2027**

PRE-PAID
492248   8/25/21

**EXHIBIT J**

**RETURN COPY**



**D7275480**

# NOTICE OF FILING

**CORRY S NUTZEL, ET AL**
(Plaintiff)

**VS**

**BRANDON MCCORD, ET AL**
(Defendant)

**NUMBER C-709244 29**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **RAFA TRANS, INC..**
**THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
**A'DON TRUCKING CONSULTION SERVICE, LLC OBO**
**EVILSIZOR PROCESS SERVICES, LLC**
**2244 NORTH LITTLE JOHN DRIVE**
**BATON ROUGE,  LA 70809**

GREETINGS:

You are hereby notified that a **DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY, ANSWER TO PETITION FOR DAMAGES, CROSS CLAIM, AND ALTERNATIVE REQUEST FOR JURY** was filed in our court.   Certified copy(s) is(are) attached hereto, as requested by **LAPORTE, KATHERINE M**, Attorney.

This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 19, 2021**.

**\*\*\*EXCEPTION HEARING SET FOR SEPTEMBER 20, 2021 AT 9:30 AM\*\*\***



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the __2__ day of __Sept__, 2.__21__ and on the __|__ day of _____ , 20__ served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named __Rafa Trans inc__ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this __7__ day of __Sept__, 20 __21__.

SERVICE:      $_____
MILEAGE      $_____
TOTAL:        $_____

__M. Turner 1963__
Deputy Sheriff

**NOTICE OF FILING–2143**

9-7-21 YTS 9AM 3rd Att. Left Cards no Contact

**EXHIBIT J**

9-2-21) A/S 9:50 AM 1st LC

9-3-21) A/S 7:15 AM 2nd LC

RECEIVED

AUG 2 4 2021

E.B.R. SHERIFF'S OFFICE

EXHIBIT J

**RETURN COPY**



**D7275480**

# NOTICE OF FILING

**CORRY S NUTZEL, ET AL**
(Plaintiff)

**VS**

**BRANDON MCCORD, ET AL**
(Defendant)

**NUMBER C-709244 29**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **RAFA TRANS, INC..**
    **THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
    **A'DON TRUCKING CONSULTION SERVICE, LLC OBO**
    **EVILSIZOR PROCESS SERVICES, LLC**
    **2244 NORTH LITTLE JOHN DRIVE**
    **BATON ROUGE, LA 70809**

GREETINGS:

    You are hereby notified that a **DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY, ANSWER TO PETITION FOR DAMAGES, CROSS CLAIM, AND ALTERNATIVE REQUEST FOR JURY** was filed in our court.   Certified copy(s) is(are) attached hereto, as requested by **LAPORTE, KATHERINE M**, Attorney.

    This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 19, 2021**.

## ***EXCEPTION HEARING SET FOR SEPTEMBER 20, 2021 AT 9:30 AM***



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the ___2___ day of ___Sept___, 2.21 and on the ___ day of _____, 20 ___ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _Rafa Trans inc_ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ___7___ day of ___Sept___, 20 21.

SERVICE:    $_____
MILEAGE    $_____        M. Turner 1963
TOTAL:    $_____            *Deputy Sheriff*

**NOTICE OF FILING–2143**

9-7-21 YTS 9AM 3rd Att. Left cards no contact

**EXHIBIT J**

9-2-21) A/S 9:50 Am 1ˢᵗ LC

9-3-21) A/S 7:15 Am 2ⁿᵈ LC

RECEIVED
AUG 2 4 2021
E.B.R. SHERIFF'S OFFICE

EXHIBIT J

**RETURN COPY**



8716

D7275530

# RULE NISI

**CORRY S NUTZEL, ET AL**
(Plaintiff)

**NUMBER C-709244 29**

**19th JUDICIAL DISTRICT COURT**

**VS**

**PARISH OF EAST BATON ROUGE**

**BRANDON MCCORD, ET AL**
(Defendant)

**STATE OF LOUISIANA**

**TO:    CORRY S NUTZEL AND ASHLEY NUTZEL OBO THE MINOR CHILD,**
**ARIYANA COLLINS NUTZEL**
**THROUGH THEIR ATTORNEY OF RECORD:**
**GREGORY BRICE JONES**
**61025 HYW., 1091**
**SLIDELL, LA 70458**



The Mover in this case filed a **DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY, ANSWER TO PETITION FOR DAMAGES, CROSS CLAIM, AND ALTERNATIVE REQUEST FOR JURY.** Certified copies and the Court's Order are attached.

You **MUST** come to Court at **09:30 AM** on **09/20/2021** in Room **10B**, 300 North Boulevard, Baton Rouge, Louisiana, and show cause why:

# * * * * * SEE ATTACHED ORDER * * * * *.

This Rule was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 19, 2021.**

*Laura Robchaux*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: LAPORTE, KATHERINE M

---

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

```
]    (17)709244 - EXC  - SN #1                                      _____, by leaving the same at his domicile
i    Served - Personal on              INT:                         suitable age and discretion residing in the said domicile at
_    G. Brice Jones On Behalf Of Corry S. Nutzel at
     61025 HIGHWAY 1091, SLIDELL
]    Return Date & Time: 08/27/2021  8:59AM                         to find the within named _____  or
I    through Sarah - secretary

]    8716 - Robert Lewis, Deputy Sheriff                            _____, 20____.
```

s
l                                                                  Deputy Sheriff

RULE NISI –2027

**PRE-PAID**
492248  8/25/21

**EXHIBIT J**

EAST BATON ROUGE PARISH
Filed Dec 07, 2021 11:30 AM
Deputy Clerk of Court
E-File Received Dec 07, 2021 9:51 AM

C-709244
29

Case 3:22-cv-00081-SWD-RLB    Document 1-11    02/09/22    Page 50 of 111

## Pam Mitchell

| | |
|---|---|
| **From:** | Attorney Katherine LaPorte's office |
| **Sent:** | Thursday, August 5, 2021 10:26 AM |
| **To:** | 'brice@bricejoneslaw.net' |
| **Subject:** | Corry S. Nutzel, et al v. Brandon McCord, et al |



Mr. Jones,

Attached are Interrogatories and Requests for Production of Documents propounded to your clients in the referenced suit. Please respond to this discovery within the time allowed by law. For your convenience, a Word version of the discovery propounded is also attached.

If you object to this service by email and would rather service as otherwise required by La. C.C.P. Art. 1313, please advise our office in writing and we will fax and/or mail the same to you. Failing to hear from you in this regard, we will proceed with the understanding that you do not object to service in this manner.

THANK YOU!!

Pam Mitchell
Legal Secretary to Katherine M. LaPorte
Craig D. Gremillion and Associates
Employees of the Law Department
State Farm Mutual Automobile Insurance Company
Phone: (225) 231-9460
Fax:    (855) 396-2535
Direct Dial:  (225) 231-9480

Baton Rouge CLC Intranet Website

**Notice: This electronic mail transmission may constitute a privileged attorney-client communication and/or attorney work product. It is not intended for transmission to or receipt by any unauthorized persons. If you receive this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (225) 231-9460, so that our address record can be corrected.**

EXHIBIT A



| | |
|---|---|
| CORRY S. NUTZEL AND ASHLEY NUTZEL, AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD E. COLLINS AND PAULA COLLINS | NUMBER: 709,244 SECTION: "29"<br><br><br><br>19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE<br><br><br><br>STATE OF LOUISIANA |

**INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

TO:    Donald E. Collins
through his attorney of record:
G. Brice Jones
Law Offices of G. Brice Jones
61025 Highway 1091
Slidell, LA 70458

State Farm Mutual Automobile Insurance Company, pursuant to Article 1457 et seq., Code of Civil Procedure, requests your answers under oath to the following interrogatories and to produce and/or permit inspection of a copy of the following documents and things within thirty (30) days of service hereof; that you give your supplemental answers under oath at any time after your initial answers which would be furnished if such interrogatories were continuously repeated; and that you supplement your answers as required by Article 1428, Code of Civil Procedure:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Please state:

a.     Your full name;

b.     Your date and place of birth;

c.     Your present home address;

d.     Your social security number; and

e.     Your cell phone number at the time of the subject accident, along with the name of the cell phone service provider.

<span style="color:red">**EXHIBIT J**</span>

**INTERROGATORY NO. 2:**

Please answer the following pursuant to the mandatory Medicare Reporting requirements of the Medicare, Medicaid and SCHIP Extension Act of 2007 ("MMSEA"), codified in 42 U.S.C. 1395y(b):

    a.    Whether you presently receive Medicare benefits or have applied to receive Medicare benefits. If yes, for what condition do you receive or have applied for Medicare benefits?

    b.    Whether you presently receive Medicaid benefits or have applied to receive Medicaid benefits;

    c.    Whether you have ever applied for or received Social Security Disability Insurance ("SSDI") benefits. If yes, during what time period and for what condition.

    d.    Whether Medicare, Medicaid and/or any other health insurance benefits were used for medical treatment of injuries allegedly sustained in the subject accident.

**INTERROGATORY NO. 3:**

Have you ever been convicted of or pled guilty to any crimes?  If so, please state the date and nature of each offense or resulting charge, the name of the governmental entity making the charges, and the disposition of the charges.

**INTERROGATORY NO. 4:**

Please give the names and addresses of all "healthcare providers" [as defined in La. R.S. 40:1231.1] who have examined, tested, treated or consulted with you at any time during the past ten years.

**INTERROGATORY NO. 5:**

Identify by name and address, each and every pharmacy at which you have filled a prescription during the ten (10) years preceding the subject accident and since the subject accident.

**INTERROGATORY NO. 6:**

Please list and describe all injuries, pain and complaints you claim were caused



EXHIBIT J

and/or aggravated by the events giving rise to this action, when each symptom was first noted, and the length of time the injury or complaint continued.  *A layman's response will suffice as medical terms are not necessary.* **(PLEASE DO NOT REPLY BY REFERRING TO THE MEDICAL RECORDS.)**

## INTERROGATORY NO. 7:

For each examination, treatment or surgery you have had for any injuries or complaints you claim were caused by the events giving rise to this action, please itemize the dates, nature and costs of each, and the name, address and specialty of the healthcare provider of each. *A layman's response will suffice as medical terms are not necessary.* **(PLEASE DO NOT REPLY BY REFERRING TO THE MEDICAL RECORDS.)**

## INTERROGATORY NO. 8:

For all accidents in which you have been involved at any time before or after the events giving rise to this action, please state the date and nature of each.

## INTERROGATORY NO. 9:

Please list and describe all injuries, illnesses and/or medical conditions you have experienced at any time before or after the event giving rise to this action, including the date and nature of each as well as the name, address and specialty of the healthcare provider(s) seen for such injury, illness or medical condition.

## INTERROGATORY NO. 10:

Please itemize the special damages, including but not limited to, property damage, medical expenses, lost wages, and loss of earning capacity, which you allege were sustained as a result of the accident at issue. Please advise whether any medical bills or medical expenses claimed are subject to an "attorney-negotiated medical discount or 'write-off'" within the meaning of that term as discussed in Hoffman v. 21st Century North America Ins. Co., 209 So 3d 702 (La. 2015), regardless of whether that discount or write-off is dependent upon recovery from any insurer or tortfeasor. If so, please identify the medical bill or expense, including the identity of medical provider, date of bill or date(s) of service, amount of bill(s), and terms of the discount or write-off. **(PLEASE DO NOT REPLY BY REFERRING TO THE ATTACHMENTS).**


EXHIBIT J

**INTERROGATORY NO. 11:**

Please describe your activities during the twenty-four (24) hour period before the accident at issue, stating where you were going to and coming from prior to the accident at issue.

**INTERROGATORY NO. 12:**

Describe how the accident happened, noting the speed and movements of the vehicles prior to the accident.

**INTERROGATORY NO. 13:**

Please identify and describe the amount of alcohol and/or medications or other drugs that you consumed within a forty-eight (48) hour period before the accident at issue.

**INTERROGATORY NO. 14:**

Please state the name and address of every person, firm or corporation for whom you have worked during the last ten (10) years, up to and including the date you answer these interrogatories, the dates each such employment began and terminated, the reason for each termination, your rate of pay at each, and your job title with each employer.

**INTERROGATORY NO. 15:**

If you are claiming lost wages and/or loss of earning capacity, as a result of the events giving rise to this action, please state:

a.   The amount of time was lost from work or employment, the dates involved, and the name and address of your employer;

b.   The gross amount of salary or earnings which you received (on the average) each pay day, and the intervals of such pay days;

c.   The gross amount of salary or earnings (not including deductions) actually lost due to the events giving rise to this action;

d.   If self-employed, please state the dates and total time lost, the nature of such loss, and how it occurred; and

e.   Your explanation and calculation of the measure of such loss, if not reflected in your answers to the preceding sub-paragraphs.


EXHIBIT J

**INTERROGATORY NO. 16:**

Please identify by name, address and telephone number any and all fact and expert witnesses you may call at the trial of this matter and briefly set forth the expected testimony of each witness identified.

**INTERROGATORY NO. 17:**

Have any persons made any statements, written or otherwise, while being interviewed or questioned by you or on your behalf in connection with the events giving rise to the action sued upon?  If so, please state:

  a.    The name, address, occupation, and relationship to you, if any, of the person making such statement(s);

  b.    The date of each statement; and

  c.    Whether the statement is written or oral and the method of recordation.

**INTERROGATORY NO. 18:**

If you have ever made any claim for personal injury, or have been involved in any lawsuit or workers' compensation claim involving personal injuries, exclusive of the claim you assert in your petition herein, state the nature of each lawsuit or claim; the date of each injury or illness that form the basis of same; the name(s) of any and all treating physicians/medical facilities and, if suit was filed, the lawsuit title, court where filed, docket number and final disposition or present status.

**INTERROGATORY NO. 19:**

Is your claim for damages in excess of $50,000, exclusive of legal interest, court costs, and attorney's fees?

**INTERROGATORY NO. 20:**

Was the vehicle in which you were a driver or a passenger covered by automobile liability insurance at the time of the accident at issue? If so, please state the name of the insurance company providing said coverage, the amount of liability coverage provided on said vehicle on said date, the named insured on said policy and the policy number.

**INTERROGATORY NO. 21:**

With regard to the 20202 Nissan Maxima owned by EAN Holdings, LLC and


EXHIBIT J

operated by Donald Collins on July 5, 2020, please state:

1.    When the vehicle was rented;

2.    The length of time the vehicle was in the possession of Donald Collins prior to the accident at issue herein;

3.    The purpose of the rental of the 2020 Nissan Maxima; and

4.    Whether any insurance coverages were purchased at the time of the rental of the 2020 Nissan Maxima.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

All records of all healthcare providers who have examined or treated you or performed surgery for injuries and complaints you claim were caused by the events giving rise to this action, including but not limited to, hospital records, doctor, chiropractor, physical therapy, psychological and counseling records, reports, notes, charts and bills, and documentation of other healthcare expenses.

**REQUEST FOR PRODUCTION NO. 2:**

If any medical bills or medical expenses claimed are subject (or potentially subject) to an "attorney-negotiated medical discount or 'write-off'" within the meaning of that term as discussed in Hoffman v. 21st Century North America Ins. Co., 209 So 3d 702 (La. 2015), regardless of whether that discount or write-off is dependent upon recovery from any insurer or tortfeasor, produce a copy of the bill(s) or expense(s) subject to such discount or write-off.

**REQUEST FOR PRODUCTION NO. 3:**

If there are any medical bills or medical expenses claimed that are subject (or potentially subject) to an "attorney-negotiated medical discount or 'write-off'" within the meaning of that term as discussed in Hoffman v. 21st Century North America Ins. Co., 209 So 3d 702 (La. 2015), regardless of whether that discount or write-off is dependent upon recovery from any insurer or tortfeasor, produce a copy of any writing pertaining to such negotiation or arrangement with the medical provider, whether that writing is on paper or digital.


EXHIBIT J

**REQUEST FOR PRODUCTION NO. 4:**

Federal and State income tax returns with the accompanying W-2 forms for the five years prior to the date of the events giving rise to this action, up and to the date of responding to this Request for Production of Documents.

**REQUEST FOR PRODUCTION NO. 5:**

Please sign, date and return the attached original request for copy of tax form.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all notes, wage verification statements, memoranda, and any and all other writings whatsoever which substantiate any claim for past lost wages and loss of earning capacity.

**REQUEST FOR PRODUCTION NO. 7:**

All tangible things pertaining to any allegations of your pleadings, including but not limited to, exhibits, books, writings, papers, documents, photographs, movies, videotapes, models, reports, health care information, calculations of damages or losses, etc.

**REQUEST FOR PRODUCTION NO. 8:**

All codes, standards, regulations, calculations, diagrams, drawings, models, reports, records, and documentation from all experts you have consulted regarding any relevant matter in this lawsuit.

**REQUEST FOR PRODUCTION NO. 9:**

Statements of all persons who purport to have knowledge, whether direct or indirect, of the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 10:**

Accident reports relevant to the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 11:**

Any document evidencing examination, treatment, surgery, payment, assistance or services you received for health care you claim was caused by the events giving rise to this action from, by or under any state or federal governmental program or entity.



EXHIBIT J

**REQUEST FOR PRODUCTION NO. 12:**

Please produce true and correct copies of any and all reports provided to you by any and all experts retained in this matter.

**REQUEST FOR PRODUCTION NO. 13:**

Copies of all rental agreements, contracts, and/or other records relative to the rental of the 2020 Nissan Maxima from EAN Holdings, LLC.

**REQUEST FOR PRODUCTION NO. 14:**

Any notice of any lien, privilege, assignment, subrogation or right of recovery claimed by others arising out of or in any way connected to the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 15:**

Any agreement by you, your agent or attorney, to recognize or satisfy all or any part of any lien, privilege, assignment or right of recovery claimed by others arising out of or in any way connected with the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 16:**

Any compromise, settlement, receipt or release, between you and any other person, firm and/or corporation arising out of or in any way connected with the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 17:**

Any document by which you, your agent or attorney agree to pay, refund, credit or assign to any other person, firm or corporation (except your attorney) all or any portion of any recovery you make in this action by compromise or judgment.

**REQUEST FOR PRODUCTION NO. 18:**

Each and every insurance policy (other than that issued by this defendant) which you claim provides liability insurance coverage available to you for the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 19:**

A certified copy of any policy of automobile liability insurance providing coverage to the vehicle in which you were a driver or a passenger at the time of the accident at issue.



EXHIBIT J

**REQUEST FOR PRODUCTION NO. 20:**

If you have, **at any time**, received Medicare and/or Medicaid benefits, please sign and return the attached Medicare Consent to Release Form.

**REQUEST FOR PRODUCTION NO. 21:**

If you have ever applied for or received Social Security Disability Income, please sign and return the attached Social Security Administration Consent for Release of Information.

**REQUEST FOR PRODUCTION NO. 22:**

For all healthcare providers listed in your responses to Interrogatories, please fill in the name of the applicable provider, sign, date, have signature witnessed and return the attached medical authorization (please make as many copies of the authorization as needed in order to complete one authorization for each provider listed in your responses and please address to the applicable medical facility and not a specific provider).

**REQUEST FOR PRODUCTION NO. 23:**

Please complete, sign and return the attached original employment authorization.

**REQUEST FOR PRODUCTION NO. 24:**

Please sign the attached Verification before a Notary Public and return along with your Answers to Interrogatories and Requests for Production.

Respectfully submitted:

CRAIG D. GREMILLION AND ASSOCIATES
2600 CitiPlace Drive, Suite 550
Baton Rouge, LA 70808
Telephone:  (225) 231-9460
Facsimile:  (855) 396-2535

By:  _____

Katherine M. LaPorte
Bar No. 21701
katherine.laporte@statefarm.com
Attorney for defendant, State Farm Mutual
Automobile Insurance Company

EXHIBIT J

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that copies of the foregoing Interrogatories and Request for Production of Documents have been sent via us mail and/or faxed and/or emailed to all known counsel of record in this matter, namely:

G. Brice Jones
61025 Highway 1091
Slidell, LA 70458
FAX:(985) 649-5830
Email: <u>brice@bricejoneslaw.net</u>

Baton Rouge, Louisiana, this 5th day of August, 2021.


_____
Katherine M. LaPorte

EXHIBIT J

CORRY S. NUTZEL AND ASHLEY NUTZEL, AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD E. COLLINS AND PAULA COLLINS

NUMBER: 709,244 SECTION: "29"

19TH JUDICIAL DISTRICT COURT

VERSUS

BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## **VERIFICATION**

The above and foregoing Answers to Interrogatories and Requests for Production are true and correct to the best of my knowledge, information and belief.

_____
Donald E. Collins

SWORN TO AND SUBSCRIBED before me on this this _____ day of _____, 2021, at _____, Parish of _____, Louisiana.

_____
Notary Public

(Print Name): _____

Notary ID/Bar Roll No. _____



EXHIBIT J

## MEDICAL RELEASE/AUTHORIZATION, PER LSA-CCP ART. 1465.1 AND THE HIPAA

TO: _____ (Provider Name)

_____ (Provider Address)

Pursuant to Louisiana Code of Civil Procedure article 1465.1 and the Health Insurance Portability and Accountability Act, 45 CFR 164.508 ("HIPAA"), I, Donald E. Collins (DOB:_____; SSN_____; Address:_____), hereby authorize and direct you to copy, deliver, and permit access to **Katherine M. LaPorte**, or any other employee, agent or representative of the law firm of Craig D. Gremillion and Associates, Attn: **Katherine M. LaPorte**, 2600 CitiPlace Drive, Suite 550, Baton Rouge, Louisiana 70808, (225) 231-9460, true and correct copies of any and all protected health information (as defined by the HIPAA), and specifically including but not limited to all medical records, reports, completed patient information forms, history forms, and written communications of any kind relating to any and all hospitalizations, medical examinations, medical treatments, prescriptions, diagnoses, prognoses, diagnostic tests, diagnostic films, and any and all other written medical reports and written medical information and medical bills whether generated by you, your associates, and/or others (entire chart) within your possession or control, relating in any manner to Donald E. Collins and specifically covering all time periods and all examinations and treatment through the date this authorization is presented to you and/or the expiration date.

Pursuant to the HIPAA, I, Donald E. Collins, 1) acknowledge and hereby consent to the release of the information noted above and understand that the released information may contain, if applicable, records and information concerning chemical dependency, infectious diseases, alcohol and drug abuse, psychiatric treatment and/or exams, psychotherapy records and notes, HIV or genetic information; 2) understand that I have the right to revoke this authorization at any time, so long as said revocation is in writing and presented to the health care provider listed above at the address listed above with a copy of said revocation presented contemporaneously therewith to **Katherine M. LaPorte**, 2600 CitiPlace Drive, Suite 550, Baton Rouge, Louisiana 70808, (225) 231-9460, with said revocation effective upon receipt by the health care provider and not applicable to any disclosures made by the provider subsequent to receipt of this authorization and prior to receipt of the revocation. In such instance, I understand that the intended recipient of the records noted herein may institute legal proceedings to obtain the records requested herein and may request that the costs of said legal proceedings, including attorney fees, be assessed against me; 3) understand that any revocation that I make of this authorization shall not affect my ability to obtain treatment or payment under any health plan, enrollment in any plan, or eligibility for any benefits under any health plan; 4) understand that the information requested and disclosed pursuant to this authorization is for use in conjunction with a legal proceeding entitled Nutzel, Corry, et al vs. McCord, Brandon, et al; 5) understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient in connection with said legal proceeding and no longer protected by Federal privacy regulations; and 6) have read this entire authorization and authorize the disclosure of the protected health information as stated herein.

If the provider authorized herein to disclose protected information practices in a "group", including a professional medical corporation, limited liability corporation, partnership, or other similar entity, then this release/authorization SPECIFICALLY APPLIES to all records in possession or control of said entity.

Permission is further granted to honor a photostatic copy of this authorization if and when presented to you. This authorization allows the release of medical records only and does not authorize verbal communication between you, your staff and anyone other than the undersigned.

This authorization further requires that contemporaneously with the mailing of this authorization to you, that the party presenting this to you also mails a copy of the cover letter attached to this authorization, and a copy of this authorization, to either the party whose records are being sought or that party's attorney, if represented.

Copies of all records received by **Katherine M. LaPorte** or any other employee of the law firm of Craig D. Gremillion and Associates, pursuant to this authorization, will be provided by the recipient to the party whose records are being sought or that party's attorney, if so represented, within seven business days of receipt of said records by recipient.

I may refuse to sign this authorization and that it is strictly voluntary. This authorization is valid for the duration of the claim referenced above, and a photocopy is as valid as the original. This authorization specifically applies to records made before, during, and after the date of signing this authorization for as long as the authorization is in effect.

_____          _____
Date                                        Name (if in legal capacity, so state)

                                            _____
                                            Witness

**EXHIBIT J**

## Medicare Consent to Release Form

Name:  Donald E. Collins

Medicare/HIC Number: _____

DOB: _____

SSN: _____

Date of Accident: **July 5, 2020**

The Privacy Act of 1994 (Public Law 93-579) prohibits the government from revealing information from personal files without the express written permission of the person involved. This authorization permits such disclosure.

I, Donald E. Collins, hereby authorize the Centers for Medicare and Medicaid Services (CMS), its agents and/or contractors to disclose, discuss, and/or release, orally or in writing, information related to my medical care, claims payment data, injury and/or settlement to Craig D. Gremillion and Associates, its subsidiaries and affiliates.

This consent is given for the express purpose of considering Medicare's reimbursement claim under the Medicare Secondary Payer Laws, 42 U.S.C. 1395y (b)(2) and 1862 (b)(2)(A)(ii), and should be considered as ongoing in nature. This authorization remains valid unless I revoke it in writing.


_____                    _____
**DATE SIGNED**                      **Donald E. Collins**



                                    _____
                                    **PERSONAL REPRESENTATIVE'S SIGNATURE**
                                    **(if beneficiary deceased or otherwise unable to**
                                    **consent)**

**EXHIBIT J**

## EMPLOYMENT/PERSONNEL RECORDS AUTHORIZATION

TO:   **Any and all employers of** Donald E. Collins

TO WHOM IT MAY CONCERN:

      I, Donald E. Collins, (DOB: _____; SSN: _____) hereby authorize and direct you to copy, deliver, and permit access to Katherine M. LaPorte, or any other employee of the law firm of Craig D. Gremillion and Associates, 2600 CitiPlace Drive Suite 550, Baton Rouge, LA 70898, (225) 231-9460, true and correct copies of any and all personnel and other employment records of any kind, specifically including, but not limited to application and interview records, training records, physical examination records, payroll records, travel records, attendance records, discipline records, work hour records and so forth, from your possession or control relating in any manner to Donald E. Collins.  Permission is further granted to honor a photostatic copy of this authorization. This authorization does not, however, authorize verbal communication between you, your staff and anyone other than the undersigned.

      This employment/personnel records authorization expires 365 days from the date noted below.

_____

DONALD E. COLLINS

_____

DATE

**EXHIBIT J**

Form **4506-T**
(September 2018)
Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t.*

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

| 1a  Name shown on tax return. If a joint return, enter the name shown first. | 1b  First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| 2a  If a joint return, enter spouse's name shown on tax return. | 2b  Second social security number or individual taxpayer identification number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

4  Previous address shown on the last return filed if different from line 3 (see instructions)

5a  If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

5b  Customer file number (if applicable) (see instructions)

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6  **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶

a  **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days  . . . . . . . ☐

b  **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days  . ☐

c  **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days  . . . . . . . ☐

7  **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . ☐

8  **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

9  **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| 12 / 31 / 2015 | 12 / 31 / 2016 | 12 / 31 / 2017 | 12 / 31 / 2018 |
|---|---|---|---|

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ _____
Signature (see instructions)                Date

▶ _____
Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ _____
Spouse's signature                Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 37667N     Form **4506-T** (Rev. 9-2018)

**EXHIBIT J**

Form **SSA-7050** (10-2018)                                                                 Page 2 of 4

## REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

1. Provide your name as it appears on your most recent Social Security card or the name of the individual whose earnings you are requesting.

First Name: _____   Middle Initial: ___

Last Name: _____

Social Security Number (SSN) ___ - ___ - ___   One SSN per request

Date of Birth: ___ / ___ / ___   Date of Death: ___ / ___ / ___

Other Name(s) Used Maiden Name) _____

2. What kind of earnings information do you need? (Choose ONE of the following types of earnings or SSA must return this request.)

☒ **Itemized Statement of Earnings $91.00**   Year(s) Requested: 2 0 0 9 to 2 0 1 9

(Includes the names and addresses of employers)   Year(s) Requested: ___ to ___

If you check this box, tell us why you need this information below.

☐ Check this box if you want the earnings information **CERTIFIED** for an additional $34.00 fee.

☐ Certified Yearly Totals of Earnings $34.00   Year(s) Requested: ___ to ___

(Does not include the names and addresses of employers)Yearly earnings totals are FREE to the public if you do not require certification. To obtain FREE yearly totals of earnings, visit our website at www.ssa.gov/myaccount.   Year(s) Requested: ___ to ___

3. If you would like this information **sent to someone else**, please fill in the information below.

I authorize the Social Security Administration to release the earnings information to:

| Name | Craig D. Gremillion and Associates | |
|---|---|---|
| Address | 2600 CitiPlace Drive, Suite 550 | State LA |
| City | Baton Rouge | ZIP Code 70808 |

4. I am the individual to whom the record pertains (or a person authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

Signature AND Printed Name of Individual or Legal Guardian     SSA must receive this form within 120 days from the date signed

Date ___ / ___ / ___

Relationship (if applicable, you must attach proof) _____   Daytime Phone: _____

Address _____   State ___

City _____   ZIP Code ___

Witnesses must sign this form ONLY if the above signature is by marked (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and Street, City, State and ZIP Code) | Address (Number and Street, City, State and ZIP Code) |

EXHIBIT J

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

TO:  Social Security Administration

| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |
|---|---|---|

I authorize the Social Security Administration to release information or records about me to:

| *NAME OF PERSON OR ORGANIZATION: | *ADDRESS OF PERSON OR ORGANIZATION: |
|---|---|
| Craig D. Gremillion and Associates | 2600 CitiPlace Drive, Suite 550 |
| | Baton Rouge, Louisiana 70808 |
| | |

*I want this information released because:
We may charge a fee to release information for non-program purposes.

*Please release the following information selected from the list below:
Check at least one box. We will not disclose records unless you include date ranges where applicable.

1. ☒ Verification of Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 01/01/2019  to date present
5. ☒ My Medicare entitlement from date 01/01/2019  to date present
6. ☒ Medical records from my claims folder(s) from date_____ to date_____
   If you want us to release a minor child's medical records, do not use this form.  Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☐ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

| *Signature: | *Date: |
|---|---|
| **Address: | **Daytime Phone: |
| Relationship (if not the subject of the record): | **Daytime Phone: |

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf

EXHIBIT J

| | |
|---|---|
| CORRY S. NUTZEL AND ASHLEY NUTZEL, AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD E. COLLINS AND PAULA COLLINS | NUMBER: 709,244 SECTION: "29" |
| | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

## INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

TO:    Paula Collins
       through her attorney of record:
       G. Brice Jones
       Law Offices of G. Brice Jones
       61025 Highway 1091
       Slidell, LA 70458

State Farm Mutual Automobile Insurance Company, pursuant to Article 1457 et seq., Code of Civil Procedure, requests your answers under oath to the following interrogatories and to produce and/or permit inspection of a copy of the following documents and things within thirty (30) days of service hereof; that you give your supplemental answers under oath at any time after your initial answers which would be furnished if such interrogatories were continuously repeated; and that you supplement your answers as required by Article 1428, Code of Civil Procedure:

## INTERROGATORIES

## INTERROGATORY NO. 1:

Please state:

a.      Your full name;

b.      Your date and place of birth;

c.      Your present home address;

d.      Your social security number; and

e.      Your cell phone number at the time of the subject accident, along with the name of the cell phone service provider.

**EXHIBIT J**

**INTERROGATORY NO. 2:**

Please answer the following pursuant to the mandatory Medicare Reporting requirements of the Medicare, Medicaid and SCHIP Extension Act of 2007 ("MMSEA"), codified in 42 U.S.C. 1395y(b):

a.  Whether you presently receive Medicare benefits or have applied to receive Medicare benefits. If yes, for what condition do you receive or have applied for Medicare benefits?

b.  Whether you presently receive Medicaid benefits or have applied to receive Medicaid benefits;

c.  Whether you have ever applied for or received Social Security Disability Insurance ("SSDI") benefits. If yes, during what time period and for what condition.

d.  Whether Medicare, Medicaid and/or any other health insurance benefits were used for medical treatment of injuries allegedly sustained in the subject accident.

**INTERROGATORY NO. 3:**

Have you ever been convicted of or pled guilty to any crimes?  If so, please state the date and nature of each offense or resulting charge, the name of the governmental entity making the charges, and the disposition of the charges.

**INTERROGATORY NO. 4:**

Please give the names and addresses of all "healthcare providers" [as defined in La. R.S. 40:1231.1] who have examined, tested, treated or consulted with you at any time during the past ten years.

**INTERROGATORY NO. 5:**

Identify by name and address, each and every pharmacy at which you have filled a prescription during the ten (10) years preceding the subject accident and since the subject accident.

**INTERROGATORY NO. 6:**

Please list and describe all injuries, pain and complaints you claim were caused



EXHIBIT J

and/or aggravated by the events giving rise to this action, when each symptom was first noted, and the length of time the injury or complaint continued. *A layman's response will suffice as medical terms are not necessary.* **(PLEASE DO NOT REPLY BY REFERRING TO THE MEDICAL RECORDS.)**

**INTERROGATORY NO. 7:**

For each examination, treatment or surgery you have had for any injuries or complaints you claim were caused by the events giving rise to this action, please itemize the dates, nature and costs of each, and the name, address and specialty of the healthcare provider of each. *A layman's response will suffice as medical terms are not necessary.* **(PLEASE DO NOT REPLY BY REFERRING TO THE MEDICAL RECORDS.)**

**INTERROGATORY NO. 8:**

For all accidents in which you have been involved at any time before or after the events giving rise to this action, please state the date and nature of each.

**INTERROGATORY NO. 9:**

Please list and describe all injuries, illnesses and/or medical conditions you have experienced at any time before or after the event giving rise to this action, including the date and nature of each as well as the name, address and specialty of the healthcare provider(s) seen for such injury, illness or medical condition.

**INTERROGATORY NO. 10:**

Please itemize the special damages, including but not limited to, property damage, medical expenses, lost wages, and loss of earning capacity, which you allege were sustained as a result of the accident at issue. Please advise whether any medical bills or medical expenses claimed are subject to an "attorney-negotiated medical discount or 'write-off'" within the meaning of that term as discussed in <u>Hoffman v. 21st Century North America Ins. Co.</u>, 209 So 3d 702 (La. 2015), regardless of whether that discount or write-off is dependent upon recovery from any insurer or tortfeasor. If so, please identify the medical bill or expense, including the identity of medical provider, date of bill or date(s) of service, amount of bill(s), and terms of the discount or write-off. **(PLEASE DO NOT REPLY BY REFERRING TO THE ATTACHMENTS).**


EXHIBIT J

**INTERROGATORY NO. 11:**

Please describe your activities during the twenty-four (24) hour period before the accident at issue, stating where you were going to and coming from prior to the accident at issue.

**INTERROGATORY NO. 12:**

Describe how the accident happened, noting the speed and movements of the vehicles prior to the accident.

**INTERROGATORY NO. 13:**

Please identify and describe the amount of alcohol and/or medications or other drugs that you consumed within a forty-eight (48) hour period before the accident at issue.

**INTERROGATORY NO. 14:**

Please state the name and address of every person, firm or corporation for whom you have worked during the last ten (10) years, up to and including the date you answer these interrogatories, the dates each such employment began and terminated, the reason for each termination, your rate of pay at each, and your job title with each employer.

**INTERROGATORY NO. 15:**

If you are claiming lost wages and/or loss of earning capacity, as a result of the events giving rise to this action, please state:

    a.    The amount of time was lost from work or employment, the dates involved, and the name and address of your employer;

    b.    The gross amount of salary or earnings which you received (on the average) each pay day, and the intervals of such pay days;

    c.    The gross amount of salary or earnings (not including deductions) actually lost due to the events giving rise to this action;

    d.    If self-employed, please state the dates and total time lost, the nature of such loss, and how it occurred; and

    e.    Your explanation and calculation of the measure of such loss, if not reflected in your answers to the preceding sub-paragraphs.



EXHIBIT J

**INTERROGATORY NO. 16:**

Please identify by name, address and telephone number any and all fact and expert witnesses you may call at the trial of this matter and briefly set forth the expected testimony of each witness identified.

**INTERROGATORY NO. 17:**

Have any persons made any statements, written or otherwise, while being interviewed or questioned by you or on your behalf in connection with the events giving rise to the action sued upon?  If so, please state:

a.    The name, address, occupation, and relationship to you, if any, of the person making such statement(s);

b.    The date of each statement; and

c.    Whether the statement is written or oral and the method of recordation.

**INTERROGATORY NO. 18:**

If you have ever made any claim for personal injury, or have been involved in any lawsuit or workers' compensation claim involving personal injuries, exclusive of the claim you assert in your petition herein, state the nature of each lawsuit or claim; the date of each injury or illness that form the basis of same; the name(s) of any and all treating physicians/medical facilities and, if suit was filed, the lawsuit title, court where filed, docket number and final disposition or present status.

**INTERROGATORY NO. 19:**

Is your claim for damages in excess of $50,000, exclusive of legal interest, court costs, and attorney's fees?

**INTERROGATORY NO. 20:**

Was the vehicle in which you were a driver or a passenger covered by automobile liability insurance at the time of the accident at issue? If so, please state the name of the insurance company providing said coverage, the amount of liability coverage provided on said vehicle on said date, the named insured on said policy and the policy number.


EXHIBIT J

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

All records of all healthcare providers who have examined or treated you or performed surgery for injuries and complaints you claim were caused by the events giving rise to this action, including but not limited to, hospital records, doctor, chiropractor, physical therapy, psychological and counseling records, reports, notes, charts and bills, and documentation of other healthcare expenses.

**REQUEST FOR PRODUCTION NO. 2:**

If any medical bills or medical expenses claimed are subject (or potentially subject) to an "attorney-negotiated medical discount or 'write-off'" within the meaning of that term as discussed in Hoffman v. 21st Century North America Ins. Co., 209 So 3d 702 (La. 2015), regardless of whether that discount or write-off is dependent upon recovery from any insurer or tortfeasor, produce a copy of the bill(s) or expense(s) subject to such discount or write-off.

**REQUEST FOR PRODUCTION NO. 3:**

If there are any medical bills or medical expenses claimed that are subject (or potentially subject) to an "attorney-negotiated medical discount or 'write-off'" within the meaning of that term as discussed in Hoffman v. 21st Century North America Ins. Co., 209 So 3d 702 (La. 2015), regardless of whether that discount or write-off is dependent upon recovery from any insurer or tortfeasor, produce a copy of any writing pertaining to such negotiation or arrangement with the medical provider, whether that writing is on paper or digital.

**REQUEST FOR PRODUCTION NO. 4:**

Federal and State income tax returns with the accompanying W-2 forms for the five years prior to the date of the events giving rise to this action, up and to the date of responding to this Request for Production of Documents.

**REQUEST FOR PRODUCTION NO. 5:**

Please sign, date and return the attached original request for copy of tax form.


EXHIBIT J

**REQUEST FOR PRODUCTION NO. 6:**

Any and all notes, wage verification statements, memoranda, and any and all other writings whatsoever which substantiate any claim for past lost wages and loss of earning capacity.

**REQUEST FOR PRODUCTION NO. 7:**

All tangible things pertaining to any allegations of your pleadings, including but not limited to, exhibits, books, writings, papers, documents, photographs, movies, videotapes, models, reports, health care information, calculations of damages or losses, etc.

**REQUEST FOR PRODUCTION NO. 8:**

All codes, standards, regulations, calculations, diagrams, drawings, models, reports, records, and documentation from all experts you have consulted regarding any relevant matter in this lawsuit.

**REQUEST FOR PRODUCTION NO. 9:**

Statements of all persons who purport to have knowledge, whether direct or indirect, of the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 10:**

Accident reports relevant to the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 11:**

Any document evidencing examination, treatment, surgery, payment, assistance or services you received for health care you claim was caused by the events giving rise to this action from, by or under any state or federal governmental program or entity.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce true and correct copies of any and all reports provided to you by any and all experts retained in this matter.

**REQUEST FOR PRODUCTION NO. 13:**

Any notice of any lien, privilege, assignment, subrogation or right of recovery claimed by others arising out of or in any way connected to the events giving rise to this action.



EXHIBIT J

**REQUEST FOR PRODUCTION NO. 14:**

Any agreement by you, your agent or attorney, to recognize or satisfy all or any part of any lien, privilege, assignment or right of recovery claimed by others arising out of or in any way connected with the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 15:**

Any compromise, settlement, receipt or release, between you and any other person, firm and/or corporation arising out of or in any way connected with the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 16:**

Any document by which you, your agent or attorney agree to pay, refund, credit or assign to any other person, firm or corporation (except your attorney) all or any portion of any recovery you make in this action by compromise or judgment.

**REQUEST FOR PRODUCTION NO. 17:**

Each and every insurance policy (other than that issued by this defendant) which you claim provides liability insurance coverage available to you for the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 18:**

A certified copy of any policy of automobile liability insurance providing coverage to the vehicle in which you were a driver or a passenger at the time of the accident at issue.

**REQUEST FOR PRODUCTION NO. 19:**

If you have, **at any time**, received Medicare and/or Medicaid benefits, please sign and return the attached Medicare Consent to Release Form.

**REQUEST FOR PRODUCTION NO. 20:**

If you have ever applied for or received Social Security Disability Income, please sign and return the attached Social Security Administration Consent for Release of Information.

**REQUEST FOR PRODUCTION NO. 21:**

For all healthcare providers listed in your responses to Interrogatories, please fill in the name of the applicable provider, sign, date, have signature witnessed and return the


EXHIBIT J

attached medical authorization (please make as many copies of the authorization as needed in order to complete one authorization for each provider listed in your responses and please address to the applicable medical facility and not a specific provider).

**REQUEST FOR PRODUCTION NO. 22:**

Please complete, sign and return the attached original employment authorization.

**REQUEST FOR PRODUCTION NO. 23:**

Please sign the attached Verification before a Notary Public and return along with your Answers to Interrogatories and Requests for Production.

Respectfully submitted:

CRAIG D. GREMILLION AND ASSOCIATES
2600 CitiPlace Drive, Suite 550
Baton Rouge, LA 70808
Telephone:  (225) 231-9460
Facsimile:  (855) 396-2535

By: _____

Katherine M. LaPorte
Bar No. 21701
katherine.laporte@statefarm.com
Attorney for defendant, State Farm Mutual Automobile Insurance Company

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Interrogatories and Request for Production of Documents have been sent via us mail and/or faxed and/or emailed to all known counsel of record in this matter, namely:

G. Brice Jones
61025 Highway 1091
Slidell, LA 70458
FAX:(985) 649-5830
Email: brice@bricejoneslaw.net

Baton Rouge, Louisiana, this 5th day of August, 2021.

_____
Katherine M. LaPorte

EXHIBIT J

| | |
|---|---|
| CORRY S. NUTZEL AND ASHLEY NUTZEL, AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD E. COLLINS AND PAULA COLLINS | NUMBER: 709,244 SECTION: "29"

19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA |

## **<u>VERIFICATION</u>**

The above and foregoing Answers to Interrogatories and Requests for Production are true and correct to the best of my knowledge, information and belief.

_____
Paula Collins

SWORN TO AND SUBSCRIBED before me on this this _____ day of _____, 2021, at _____, Parish of _____, Louisiana.

_____
Notary Public

(Print Name): _____

Notary ID/Bar Roll No. _____


EXHIBIT J

## MEDICAL RELEASE/AUTHORIZATION, PER LSA-CCP ART. 1465.1 AND THE HIPAA

TO: _____ (Provider Name)

_____ (Provider Address)

Pursuant to Louisiana Code of Civil Procedure article 1465.1 and the Health Insurance Portability and Accountability Act, 45 CFR 164.508 ("HIPAA"), I, Paula Collins (DOB:_____; SSN_____; Address: _____), hereby authorize and direct you to copy, deliver, and permit access to **Katherine M. LaPorte**, or any other employee, agent or representative of the law firm of Craig D. Gremillion and Associates, Attn: **Katherine M. LaPorte**, 2600 CitiPlace Drive, Suite 550, Baton Rouge, Louisiana 70808, (225) 231-9460, true and correct copies of any and all protected health information (as defined by the HIPAA), and specifically including but not limited to all medical records, reports, completed patient information forms, history forms, and written communications of any kind relating to any and all hospitalizations, medical examinations, medical treatments, prescriptions, diagnoses, prognoses, diagnostic tests, diagnostic films, and any and all other written medical reports and written medical information and medical bills whether generated by you, your associates, and/or others (entire chart) within your possession or control, relating in any manner to Paula Collins and specifically covering all time periods and all examinations and treatment through the date this authorization is presented to you and/or the expiration date.

Pursuant to the HIPAA, I, Paula Collins, 1) acknowledge and hereby consent to the release of the information noted above and understand that the released information may contain, if applicable, records and information concerning chemical dependency, infectious diseases, alcohol and drug abuse, psychiatric treatment and/or exams, psychotherapy records and notes, HIV or genetic information; 2) understand that I have the right to revoke this authorization at any time, so long as said revocation is in writing and presented to the health care provider listed above at the address listed above with a copy of said revocation presented contemporaneously therewith to **Katherine M. LaPorte**, 2600 CitiPlace Drive, Suite 550, Baton Rouge, Louisiana 70808, (225) 231-9460, with said revocation effective upon receipt by the health care provider and not applicable to any disclosures made by the provider subsequent to receipt of this authorization and prior to receipt of the revocation. In such instance, I understand that the intended recipient of the records noted herein may institute legal proceedings to obtain the records requested herein and may request that the costs of said legal proceedings, including attorney fees, be assessed against me; 3) understand that any revocation that I make of this authorization shall not affect my ability to obtain treatment or payment under any health plan, enrollment in any plan, or eligibility for any benefits under any health plan; 4) understand that the information requested and disclosed pursuant to this authorization is for use in conjunction with a legal proceeding entitled Nutzel, Corry, et al vs. McCord, Brandon, et al; 5) understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient in connection with said legal proceeding and no longer protected by Federal privacy regulations; and 6) have read this entire authorization and authorize the disclosure of the protected health information as stated herein.

If the provider authorized herein to disclose protected information practices in a "group", including a professional medical corporation, limited liability corporation, partnership, or other similar entity, then this release/authorization SPECIFICALLY APPLIES to all records in possession or control of said entity.

Permission is further granted to honor a photostatic copy of this authorization if and when presented to you. This authorization allows the release of medical records only and does not authorize verbal communication between you, your staff and anyone other than the undersigned.

This authorization further requires that contemporaneously with the mailing of this authorization to you, that the party presenting this to you also mails a copy of the cover letter attached to this authorization, and a copy of this authorization, to either the party whose records are being sought or that party's attorney, if represented.

Copies of all records received by **Katherine M. LaPorte** or any other employee of the law firm of Craig D. Gremillion and Associates, pursuant to this authorization, will be provided by the recipient to the party whose records are being sought or that party's attorney, if so represented, within seven business days of receipt of said records by recipient.

I may refuse to sign this authorization and that it is strictly voluntary. This authorization is valid for the duration of the claim referenced above, and a photocopy is as valid as the original. This authorization specifically applies to records made before, during, and after the date of signing this authorization for as long as the authorization is in effect.

_____
Date

_____
Name (if in legal capacity, so state)

_____
Witness

**EXHIBIT J**

## Medicare Consent to Release Form

Name:  Paula Collins

Medicare/HIC Number: _____

DOB: _____

SSN: _____

Date of Accident: **July 5, 2020**

The Privacy Act of 1994 (Public Law 93-579) prohibits the government from revealing information from personal files without the express written permission of the person involved. This authorization permits such disclosure.

I, Paula Collins, hereby authorize the Centers for Medicare and Medicaid Services (CMS), its agents and/or contractors to disclose, discuss, and/or release, orally or in writing, information related to my medical care, claims payment data, injury and/or settlement to Craig D. Gremillion and Associates, its subsidiaries and affiliates.

This consent is given for the express purpose of considering Medicare's reimbursement claim under the Medicare Secondary Payer Laws, 42 U.S.C. 1395y (b)(2) and 1862 (b)(2)(A)(ii), and should be considered as ongoing in nature. This authorization remains valid unless I revoke it in writing.

_____
**DATE SIGNED**

_____
**Paula Collins**

_____
**PERSONAL REPRESENTATIVE'S SIGNATURE**
**(if beneficiary deceased or otherwise unable to consent)**

**EXHIBIT J**

## <u>EMPLOYMENT/PERSONNEL RECORDS AUTHORIZATION</u>

TO:    **Any and all employers of** Paula Collins

TO WHOM IT MAY CONCERN:

      I, Paula Collins, (DOB:  _____;  SSN:  _____) hereby authorize and direct you to copy, deliver, and permit access to Katherine M. LaPorte, or any other employee of the law firm of Craig D. Gremillion and Associates, 2600 CitiPlace Drive Suite 550, Baton Rouge, LA 70898, (225) 231-9460, true and correct copies of any and all personnel and other employment records of any kind, specifically including, but not limited to application and interview records, training records, physical examination records, payroll records, travel records, attendance records, discipline records, work hour records and so forth, from your possession or control relating in any manner to Paula Collins.   Permission is further granted to honor a photostatic copy of this authorization. This authorization does not, however, authorize verbal communication between you, your staff and anyone other than the undersigned.

      This employment/personnel records authorization expires 365 days from the date noted below.

_____
PAULA COLLINS

_____
DATE

**EXHIBIT J**

Form **4506-T**

(September 2018)
Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.

▶ Request may be rejected if the form is incomplete or illegible.

▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t.*

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506**, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

3   Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

4   Previous address shown on the last return filed if different from line 3 (see instructions)

5a If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

5b Customer file number (if applicable) (see instructions)

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6   **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶

a   **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . ☐

b   **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days   . ☐

c   **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days   . . . . . . . ☐

7   **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . ☐

8   **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days  . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

9   **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| 12 / 31 / 2015 | 12 / 31 / 2016 | 12 / 31 / 2017 | 12 / 31 / 2018 |

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax  matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐  Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions)                    Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature                    Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.            Cat. No. 37667N            Form **4506-T** (Rev. 9-2018)


EXHIBIT J

Form **SSA-7050** (10-2018)                                          Page 2 of 4

## REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

1. Provide your name as it appears on your most recent Social Security card or the name of the individual whose earnings you are requesting.

First Name: [ ]                                          Middle Initial: [ ]

Last Name: [ ]

Social Security Number (SSN) [ ] - [ ] - [ ]          One SSN per request

Date of Birth: [ ] / [ ] / [ ]     Date of Death: [ ] / [ ] / [ ]

Other Name(s) Used
Maiden Name) [ ]

2. What kind of earnings information do you need? (Choose ONE of the following types of earnings or SSA must return this request.)

[X] **Itemized Statement of Earnings $91.00**                Year(s) Requested: [2][0][0][9] to [2][0][1][9]

(Includes the names and addresses of employers)              Year(s) Requested: [ ] to [ ]

If you check this box, tell us why you need this information below.

☐ Check this box if you want the earnings information CERTIFIED for an additional $34.00 fee.

☐ Certified Yearly Totals of Earnings **$34.00**             Year(s) Requested: [ ] to [ ]

(Does not include the names and addresses of                 Year(s) Requested: [ ] to [ ]
employers)Yearly earnings totals are FREE to the public if you
do not require certification. To obtain FREE yearly totals of
earnings, visit our website at www.ssa.gov/myaccount.

3. If you would like this information **sent to someone else**, please fill in the information below.

I authorize the Social Security Administration to release the earnings information to:

| Name | Craig D. Gremillion and Associates | |
|---|---|---|
| Address | 2600 CitiPlace Drive, Suite 550 | State LA |
| City | Baton Rouge | ZIP Code 70808 |

4. I am the individual to whom the record pertains (or a person authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

Signature AND Printed Name of Individual or Legal Guardian       SSA must receive this form within 120 days from the date signed

Date [ ] / [ ] / [ ]

Relationship (if applicable, you must attach proof) [ ]       Daytime Phone: [ ]

Address [ ]                                                   State [ ]

City [ ]                                                      ZIP Code [ ]

Witnesses must sign this form ONLY if the above signature is by marked (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and Street, City, State and ZIP Code) | Address (Number and Street, City, State and ZIP Code) |

## EXHIBIT J

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form*).

TO: Social Security Administration

| | | |
|---|---|---|
| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

| *NAME OF PERSON OR ORGANIZATION: | *ADDRESS OF PERSON OR ORGANIZATION: |
|---|---|
| Craig D. Gremillion and Associates | 2600 CitiPlace Drive, Suite 550 |
| | Baton Rouge, Louisiana 70808 |
| | |

*I want this information released because:
We may charge a fee to release information for non-program purposes.

*Please release the following information selected from the list below:
Check at least one box. We will not disclose records unless you include date ranges where applicable.

1. ☒ Verification of Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 01/01/2019 to date present
5. ☒ My Medicare entitlement from date 01/01/2019 to date present
6. ☒ Medical records from my claims folder(s) from date_____ to date_____
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☐ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

| *Signature: | *Date: |
|---|---|
| **Address: | **Daytime Phone: |
| Relationship (if not the subject of the record): | **Daytime Phone: |

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf

EXHIBIT J

| CORRY S. NUTZEL AND ASHLEY NUTZEL, AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD E. COLLINS AND PAULA COLLINS | NUMBER: 709,244 SECTION: "29" |
|---|---|
| | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

## INTERROGATORIES AND REQUEST
## FOR PRODUCTION OF DOCUMENTS

TO:   Corry S. Nutzel and Ashley Nutzel, on behalf of the minor, Ariyana C. Nutzel
through their attorney of record:
G. Brice Jones
Law Offices of G. Brice Jones
61025 Highway 1091
Slidell, LA 70458

NOW INTO COURT, through undersigned counsel, comes State Farm Mutual Automobile Insurance Company, and, in accordance with the applicable provisions of the Louisiana Code of Civil Procedure, propounds the following Interrogatories and Requests for Production of Documents to plaintiff, Ariyana C. Nutzel.

The Interrogatories are to be answered separately by you, in writing and under oath, within thirty (30) days of service upon you.  Documents produced pursuant to the Request for Production are to be produced for inspection at the offices of Craig D. Gremillion and Associates, 2600 CitiPlace Drive, Suite 550, Baton Rouge, Louisiana 70808, to the attention of Katherine M. LaPorte, within thirty (30) days following service upon you.

### INTERROGATORIES

### INTERROGATORY NO. 1:

Please provide each minor's full legal name, address, social security number, and birth date.

### INTERROGATORY NO. 2:

For each minor, please give the names and addresses of all "health care providers"

**EXHIBIT J**

[as defined in La. R.S. 40:1231.1] who have examined, tested, treated or consulted with each minor at any time during the past ten years.

**INTERROGATORY NO. 3:**

For each minor, please list and describe all injuries, pain and complaints you claim were caused and/or aggravated by the events giving rise to this action, when each symptom was first noted, and the length of time the injury or complaint continued. *A layman's response will suffice as medical terms are not necessary.* **(PLEASE DO NOT REPLY BY REFERRING TO THE MEDICAL RECORDS.)**

**INTERROGATORY NO. 4:**

For each minor, please identify, by name, address, telephone number and social security number, the minor's mother and father, and if applicable, any tutor/tutrix and undertutor/undertutrix. As to the mother and father, please provide their current marital status, including names of spouses.

**INTERROGATORY NO. 5:**

For all accidents in which each minor has been involved at any time before or after the events giving rise to this action, please state the date and nature of each.

**INTERROGATORY NO. 6:**

For each minor, please list and describe all injuries, illnesses and/or medical conditions experienced at any time before or after the event giving rise to this action, including the date and nature of each as well as the name, address and specialty of the health care provider(s) seen for such injury, illness or medical condition.

**INTERROGATORY NO. 7:**

For each minor, please list by date, docket number and court, any and all civil actions involving you or the minor.

**INTERROGATORY NO. 8:**

Please identify by name, address and telephone number any and all fact and expert witnesses you may call at the trial of this matter and briefly set forth the expected testimony of each witness identified.


EXHIBIT J

**INTERROGATORY NO. 9:**

Have any persons made any statements, written or otherwise, while being interviewed or questioned in connection with the events giving rise to this action?  If so, please state:

    a.    The name, address, occupation, and relationship to you, if any, of the person making such statement(s);

    b.    The date of each statement;

    c.    Whether the statement is written or oral and the method of recordation.

**INTERROGATORY NO. 10:**

If you and/or any minor are claiming lost wages and/or loss of earning capacity, as a result of the events giving rise to this action, please state:

    a.    How much time was lost from work or employment, the dates involved and the name and address of your employer;

    b.    The gross amount of salary or earnings which you received (on the average) each pay day, and the intervals of such pay days;

    c.    The gross amount of salary or earnings (not including deductions) actually lost due to the events giving rise to this action;

    d.    If self-employed, please state the dates and total time lost, the nature of such loss, and how it occurred;

    e.    Your explanation and calculation of the measure of such loss, if not reflected in your answers to the preceding sub-paragraphs.

**INTERROGATORY NO. 11:**

For each minor, please answer the following pursuant to the mandatory Medicare Reporting requirements of the Medicare, Medicaid and SCHIP Extension Act of 2007 ("MMSEA"), codified in 42 U.S.C. 1395y(b):

    a.    Whether the minor presently receives Medicare benefits or has applied to receive Medicare benefits. If in the affirmative, for what condition did the minor apply for or receive Medicare benefits?

    b.    Whether the minor presently receives Medicaid benefits or has applied to



EXHIBIT J

receive Medicaid benefits;

c.    Whether the minor has ever applied for or received Social Security Disability Insurance ("SSDI") benefits. If yes, during what time period and for what condition.

d.    Whether Medicare, Medicaid and/or any other health insurance benefits were used for medical treatment of injuries allegedly sustained in the subject accident.

**INTERROGATORY NO. 12:**

Describe all facts and circumstances which give you or any other person legal capacity to represent each minor in this litigation.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**

Please produce a true and correct copy of each minor's birth certificate.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce copies of any custody orders or agreements which affect each minor child.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce any documents evidencing the appointment of a tutor/tutrix and undertutor/undertutrix for each minor child.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce copies of any court orders or other evidence to support your answer to Interrogatory Number 12.

**REQUEST FOR PRODUCTION NO. 5:**

All records of all health care providers who have examined or treated each minor or performed surgery for injuries and complaints you claim were caused by the events giving rise to this action, including but not limited to hospital records, doctor, chiropractor, physical therapy, psychological and counseling records, reports, notes, charts and bills, and documentation of other health care expenses.



EXHIBIT J

**REQUEST FOR PRODUCTION NO. 6:**

Any and all notes, wage verification statements, memoranda, and any and all other writings whatsoever which substantiate any claim for past lost wages and loss of earning capacity.

**REQUEST FOR PRODUCTION NO. 7:**

All tangible things pertaining to any allegations of your pleadings, including but not limited to exhibits, books, writings, papers, documents, photographs, movies, videotapes, models, reports, health care information, calculations of damages or losses, etc.

**REQUEST FOR PRODUCTION NO. 8:**

All codes, standards, regulations, calculations, diagrams, drawings, models, reports, records, and documentation from all experts you have consulted regarding any relevant matter in this lawsuit.

**REQUEST FOR PRODUCTION NO. 9:**

Statements of all persons who purport to have knowledge, whether direct or indirect, of the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 10:**

Accident reports relevant to the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 11:**

Any document evidencing examination, treatment, surgery, payment, assistance or services you received for health care you claim was caused by the events giving rise to this action from, by or under any state or federal governmental program or entity.

**REQUEST FOR PRODUCTION NO. 12:**

If you have ever applied for Social Security Disability Income, please produce a copy of any application or other documents you filed in support of your claim as well as any and all documents from any Federal Agency or its contractor regarding that application and/or benefits.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce true and correct copies of any and all reports provided to you by any and all experts retained in this matter.


EXHIBIT J

**REQUEST FOR PRODUCTION NO. 14:**

Any notice of any lien, privilege, assignment, subrogation or right of recovery claimed by others arising out of or in any way connected with this the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 15:**

Any agreement by you, your agent or attorney, to recognize or satisfy all or any part of any lien, privilege, assignment or right of recovery claimed by others arising out of or in any way connected with the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 16:**

Any compromise, settlement, receipt or release, between you and any other person, firm and corporation arising out of or in any way connected with the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 17:**

Any document by which you, your agent or attorney agree to pay, refund, credit or assign to any other person, firm or corporation (except your attorney) all or any portion of any recovery you make in this action by compromise or judgment.

**REQUEST FOR PRODUCTION NO. 18:**

Each and every insurance policy (other than that issued by this defendant) which you claim provides liability insurance coverage available to you or each minor for the events giving rise to this action.

**REQUEST FOR PRODUCTION NO. 19:**

A certified copy of any policy of automobile liability insurance providing coverage to the vehicle in which each minor was a driver or a passenger at the time of the accident at issue.

**REQUEST FOR PRODUCTION NO. 20:**

If any minor has, **at any time**, received Medicare and/or Medicaid benefits, please sign and return a Medicare Consent to Release Form for each minor.

**REQUEST FOR PRODUCTION NO. 21:**

If any minor has ever applied for or received Social Security Disability Income,



please sign and return a Social Security Administration Consent for Release of Information for each minor.

**REQUEST FOR PRODUCTION NO. 22:**

For all healthcare providers listed in your responses to Interrogatories, please fill in the name of the applicable provider, sign, date, have signature witnessed and return the attached medical authorization (please make as many copies of the authorization as needed in order to complete one authorization for each provider listed in your responses and please address to the applicable medical facility and not a specific provider).

**REQUEST FOR PRODUCTION NO. 23:**

Please complete, sign and return the attached original employment authorization.

**REQUEST FOR PRODUCTION NO. 24:**

Please sign the attached Verification before a Notary Public and return along with your Answers to Interrogatories and Requests for Production.

Respectfully submitted:

CRAIG D. GREMILLION AND ASSOCIATES
2600 CitiPlace Drive, Suite 550
Baton Rouge, LA 70808
Telephone:  (225) 231-9460
Facsimile:  (855) 396-2535

By: _____

Katherine M. LaPorte
Bar No. 21701
katherine.laporte@statefarm.com
Attorney for defendant, State Farm Mutual Automobile Insurance Company

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that copies of the foregoing Interrogatories and Requests for Production of Documents have been sent via us mail and/or faxed and/or emailed to all known counsel of record in this matter, namely:

G. Brice Jones
61025 Highway 1091
Slidell, LA 70458
FAX:(985) 649-5830
Email: brice@bricejoneslaw.net

Baton Rouge, Louisiana, this 5th day of August, 2021.

_____
Katherine M. LaPorte

**EXHIBIT J**

| | |
|---|---|
| CORRY S. NUTZEL AND ASHLEY NUTZEL, AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD E. COLLINS AND PAULA COLLINS | NUMBER: 709,244 SECTION: "29"<br><br>19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE<br><br>STATE OF LOUISIANA |

## **<u>VERIFICATION</u>**

The above and foregoing Answers to Interrogatories and Requests for Production are true and correct to the best of my knowledge, information and belief.

_____
Corry S. Nutzel and Ashley Nutzel,
on behalf of the minor, Ariyana C. Nutzel

SWORN TO AND SUBSCRIBED before me on this this _____ day of _____, 2021, at _____, Parish of _____, Louisiana.

_____
Notary Public

(Print Name): _____

Notary ID/Bar Roll No. _____


EXHIBIT J

## MEDICAL RELEASE/AUTHORIZATION, PER LSA-CCP ART. 1465.1 AND THE HIPAA

TO: _____    (Provider Name)

_____    (Provider Address)

Pursuant to Louisiana Code of Civil Procedure article 1465.1 and the Health Insurance Portability and Accountability Act, 45 CFR 164.508 ("HIPAA"), I, Ariyana C. Nutzel (DOB:_____; SSN_____; Address: _____), hereby authorize and direct you to copy, deliver, and permit access to **Katherine M. LaPorte**, or any other employee, agent or representative of the law firm of Craig D. Gremillion and Associates, Attn: **Katherine M. LaPorte**, 2600 CitiPlace Drive, Suite 550, Baton Rouge, Louisiana 70808, (225) 231-9460, true and correct copies of any and all protected health information (as defined by the HIPAA), and specifically including but not limited to all medical records, reports, completed patient information forms, history forms, and written communications of any kind relating to any and all hospitalizations, medical examinations, medical treatments, prescriptions, diagnoses, prognoses, diagnostic tests, diagnostic films, and any and all other written medical reports and written medical information and medical bills whether generated by you, your associates, and/or others (entire chart) within your possession or control, relating in any manner to Ariyana C. Nutzel and specifically covering all time periods and all examinations and treatment through the date this authorization is presented to you and/or the expiration date.

Pursuant to the HIPAA, I, Ariyana C. Nutzel, 1) acknowledge and hereby consent to the release of the information noted above and understand that the released information may contain, if applicable, records and information concerning chemical dependency, infectious diseases, alcohol and drug abuse, psychiatric treatment and/or exams, psychotherapy records and notes, HIV or genetic information; 2) understand that I have the right to revoke this authorization at any time, so long as said revocation is in writing and presented to the health care provider listed above at the address listed above with a copy of said revocation presented contemporaneously therewith to **Katherine M. LaPorte**, 2600 CitiPlace Drive, Suite 550, Baton Rouge, Louisiana 70808, (225) 231-9460, with said revocation effective upon receipt by the health care provider and not applicable to any disclosures made by the provider subsequent to receipt of this authorization and prior to receipt of the revocation. In such instance, I understand that the intended recipient of the records noted herein may institute legal proceedings to obtain the records requested herein and may request that the costs of said legal proceedings, including attorney fees, be assessed against me; 3) understand that any revocation that I make of this authorization shall not affect my ability to obtain treatment or payment under any health plan, enrollment in any plan, or eligibility for any benefits under any health plan; 4) understand that the information requested and disclosed pursuant to this authorization is for use in conjunction with a legal proceeding entitled Nutzel, Corry, et al vs. McCord, Brandon, et al; 5) understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient in connection with said legal proceeding and no longer protected by Federal privacy regulations; and 6) have read this entire authorization and authorize the disclosure of the protected health information as stated herein.

If the provider authorized herein to disclose protected information practices in a "group", including a professional medical corporation, limited liability corporation, partnership, or other similar entity, then this release/authorization SPECIFICALLY APPLIES to all records in possession or control of said entity.

Permission is further granted to honor a photostatic copy of this authorization if and when presented to you. This authorization allows the release of medical records only and does not authorize verbal communication between you, your staff and anyone other than the undersigned.

This authorization further requires that contemporaneously with the mailing of this authorization to you, that the party presenting this to you also mails a copy of the cover letter attached to this authorization, and a copy of this authorization, to either the party whose records are being sought or that party's attorney, if represented.

Copies of all records received by **Katherine M. LaPorte** or any other employee of the law firm of Craig D. Gremillion and Associates, pursuant to this authorization, will be provided by the recipient to the party whose records are being sought or that party's attorney, if so represented, within seven business days of receipt of said records by recipient.

I may refuse to sign this authorization and that it is strictly voluntary. This authorization is valid for the duration of the claim referenced above, and a photocopy is as valid as the original. This authorization specifically applies to records made before, during, and after the date of signing this authorization for as long as the authorization is in effect.

_____          _____
Date                                        Name (if in legal capacity, so state)

                                            _____
                                            Witness

**EXHIBIT J**

## Medicare Consent to Release Form

Name:  Ariyana C. Nutzel

Medicare/HIC Number: _____

DOB: _____

SSN: _____

Date of Accident: **July 5, 2020**

The Privacy Act of 1994 (Public Law 93-579) prohibits the government from revealing information from personal files without the express written permission of the person involved. This authorization permits such disclosure.

I, Ariyana C. Nutzel, hereby authorize the Centers for Medicare and Medicaid Services (CMS), its agents and/or contractors to disclose, discuss, and/or release, orally or in writing, information related to my medical care, claims payment data, injury and/or settlement to Craig D. Gremillion and Associates, its subsidiaries and affiliates.

This consent is given for the express purpose of considering Medicare's reimbursement claim under the Medicare Secondary Payer Laws, 42 U.S.C. 1395y (b)(2) and 1862 (b)(2)(A)(ii), and should be considered as ongoing in nature. This authorization remains valid unless I revoke it in writing.


_____        _____

**DATE SIGNED**            **Corry S. Nutzel and Ashley Nutzel, on behalf of the minor, Ariyana C. Nutzel**


                           _____

                           **PERSONAL REPRESENTATIVE'S SIGNATURE (if beneficiary deceased or otherwise unable to consent)**

EXHIBIT J

## EMPLOYMENT/PERSONNEL RECORDS AUTHORIZATION

TO:    **Any and all employers of** Ariyana C. Nutzel

TO WHOM IT MAY CONCERN:

I, Ariyana C. Nutzel, (DOB: _____; SSN: _____) hereby authorize and direct you to copy, deliver, and permit access to Katherine M. LaPorte, or any other employee of the law firm of Craig D. Gremillion and Associates, 2600 CitiPlace Drive Suite 550, Baton Rouge, LA 70898, (225) 231-9460, true and correct copies of any and all personnel and other employment records of any kind, specifically including, but not limited to application and interview records, training records, physical examination records, payroll records, travel records, attendance records, discipline records, work hour records and so forth, from your possession or control relating in any manner to Ariyana C. Nutzel.  Permission is further granted to honor a photostatic copy of this authorization. This authorization does not, however, authorize verbal communication between you, your staff and anyone other than the undersigned.

This employment/personnel records authorization expires 365 days from the date noted below.

_____
CORRY S. NUTZEL AND ASHLEY NUTZEL, ON BEHALF OF THE MINOR, ARIYANA C. NUTZEL

_____
DATE

**EXHIBIT J**

Form **4506-T**

(September 2018)
Department of the Treasury
Internal Revenue Service

### Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.

▶ Request may be rejected if the form is incomplete or illegible.

▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t.*

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3**  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4**  Previous address shown on the last return filed if different from line 3 (see instructions)

**5a** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**5b** Customer file number (if applicable) (see instructions)

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6**  Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶

   **a**  **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days   . . . . . . .  ☐

   **b**  **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days   .  ☐

   **c**  **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days   . . . . . . .  ☐

**7**  **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days  .  ☐

**8**  **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days  .  ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9**  **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| 12 / 31 / 2015 | 12 / 31 / 2016 | 12 / 31 / 2017 | 12 / 31 / 2018 |
|---|---|---|---|

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax  matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she **has the authority to sign the Form 4506-T.** See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions)                    Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature                    Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 37667N          Form **4506-T** (Rev. 9-2018)

EXHIBIT J

Form **SSA-7050** (10-2018)                                                                                                      Page 2 of 4

## REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

1. Provide your name as it appears on your most recent Social Security card or the name of the individual whose earnings you are requesting.

First Name: | | | | | | | | | | | | | | | | | | | | Middle Initial: 

Last Name: | | | | | | | | | | | | | | | | | | | 

Social Security Number (SSN) | | | - | | - | | | | One SSN per request

Date of Birth: | | / | | / | | | | Date of Death: | | / | | / | | | |

Other Name(s) Used
Maiden Name)

2. What kind of earnings information do you need? (Choose ONE of the following types of earnings or SSA must return this request.)

[X] Itemized Statement of Earnings $91.00    Year(s) Requested: 2 0 0 9 to 2 0 1 9

(Includes the names and addresses of employers)    Year(s) Requested: | | | | to | | | |

If you check this box, tell us why you need this information below.

☐ Check this box if you want the earnings information CERTIFIED for an additional $34.00 fee.

☐ Certified Yearly Totals of Earnings $34.00    Year(s) Requested: | | | | to | | | |

(Does not include the names and addresses of employers)Yearly earnings totals are FREE to the public if you do not require certification. To obtain FREE yearly totals of earnings, visit our website at www.ssa.gov/myaccount.    Year(s) Requested: | | | | to | | | |

3. If you would like this information sent to someone else, please fill in the information below.

I authorize the Social Security Administration to release the earnings information to:

| Name | Craig D. Gremillion and Associates | |
| Address | 2600 CitiPlace Drive, Suite 550 | State LA |
| City | Baton Rouge | ZIP Code 70808 |

4. I am the individual to whom the record pertains (or a person authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

Signature AND Printed Name of Individual or Legal Guardian    *SSA must receive this form within 120 days from the date signed*

Date | | / | | / | | | |

Relationship (if applicable, you must attach proof)    Daytime Phone:

Address    State

City    ZIP Code

Witnesses must sign this form ONLY if the above signature is by marked (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1. Signature of Witness | 2. Signature of Witness |
| Address *(Number and Street, City, State and ZIP Code)* | Address *(Number and Street, City, State and ZIP Code)* |

## EXHIBIT J

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

TO: Social Security Administration

| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |
|---|---|---|

I authorize the Social Security Administration to release information or records about me to:

| *NAME OF PERSON OR ORGANIZATION: | *ADDRESS OF PERSON OR ORGANIZATION: |
|---|---|
| Craig D. Gremillion and Associates | 2600 CitiPlace Drive, Suite 550 |
| | Baton Rouge, Louisiana 70808 |
| | |

*I want this information released because:
We may charge a fee to release information for non-program purposes.

*Please release the following information selected from the list below:
Check at least one box. We will not disclose records unless you include date ranges where applicable.

1. ☒ Verification of Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 01/01/2019 to date present
5. ☒ My Medicare entitlement from date 01/01/2019 to date present
6. ☒ Medical records from my claims folder(s) from date_____ to date_____
   If you want us to release a minor child's medical records, do not use this form.  Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☐ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

| *Signature: | *Date: |
|---|---|
| **Address: | **Daytime Phone: |
| Relationship (if not the subject of the record): | **Daytime Phone: |

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf

EXHIBIT J

# CRAIG D. GREMILLION AND ASSOCIATES

## ATTORNEYS AT LAW

**Employees of the Law Department**
**State Farm Mutual Automobile Insurance Company**

Craig D. Gremillion
Suzanne W. Miller
Julie N. deGeneres
Sandra S. Rester
Aaron J. Chaisson, Jr.
Katherine M. LaPorte
E'Vinski L. Davis

2600 CitiPlace Drive, Suite 550
Baton Rouge, Louisiana  70808

Telephone:  (225) 231-9460
Facsimile:  (855) 396-2535

L. Dean Fryday, Jr.
Robert S. Bourgeois
Tucker F. Giles
Jeanne P. Henderson
Kaitlin J. Dyer
Rachel S. Day
Caleb J. Huval

September 22, 2021

**<u>VIA FAX: (985) 649-5830</u>**

G. Brice Jones
Law Offices of G. Brice Jones
61025 Highway 1091
Slidell, LA 70458

RE:   Nutzel, Corry, et al vs. McCord, Brandon, et al
       19th J.D.C.; Suit No. 709,244 Division "29"
       Claim Number: 18-08Q4-26R
       My File:  21BATO25573

Dear Mr. Jones:

The time for Donald E. Collins, Paula Collins, and Ashley Nutzel to respond to the discovery propounded by State Farm Mutual Automobile Insurance Company has passed. Per Uniform District Court Rule 10.1, I will call your office on **October 5, 2021 at 3:00 p.m.** to discuss your overdue answers to discovery. If you are not available on that date and time, please advise immediately.   Otherwise, I will assume you have refused to confer after reasonable notice.

Sincerely,

Katherine M. LaPorte

KML:pjm

cc:    Kristen Yee



**Pam Mitchell**

---

| | |
|---|---|
| **From:** | UTL_CLCRFAX |
| **Sent:** | Wednesday, September 22, 2021 3:05 PM |
| **To:** | Pam Mitchell |
| **Subject:** | Your fax has been successfully sent to G. Brice Jones at 19856495830. |
| **Attachments:** | MTHNFAX_bf3b0650-dfaf-469d-8e2f-aa7166c7b38f.PDF |

Your fax has been successfully sent to G. Brice Jones at 19856495830.
----------------------------------------------------------
From: Pam Mitchell
----------------------------------------------------------


----------------------------------------------------------
9/22/2021 3:03:54 PM Transmission Record
        Sent to: G. Brice Jones
        Phone: 19856495830
        Billing information: '', ''
        Remote ID: 09082021
        Unique ID: "W5A614B45D83623"
        Elapsed time: 1 minutes, 5 seconds.
        Used channel 16 on server "WPSFQL92".
        No ANI data.
        No AOC data.
        ECM
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 1
        Delegate ID: ""

9/22/2021 3:03:52 PM Conversion Record
        [RFPFB08.tmp.PRT]
        Type: application/x-pcl
        G3 to TIFF #1: Success (508ms)
        Image Optimization #1: Success (180ms)
        PCL6 #1: Success (1182ms)
        (WPSFQL92:WORKSRV3)

9/22/2021 3:03:38 PM Origin Record
 Created by W5AZ



# CRAIG D. GREMILLION AND ASSOCIATES

## ATTORNEYS AT LAW

**Employees of the Law Department**
**State Farm Mutual Automobile Insurance Company**

Craig D. Gremillion
Suzanne W. Miller
Julie N. deGeneres
Sandra S. Rester
Aaron J. Chaisson, Jr.
Katherine M. LaPorte
E'Vinski L. Davis

2600 CitiPlace Drive, Suite 550
Baton Rouge, Louisiana  70808

Telephone:  (225) 231-9460
Facsimile:   (855) 396-2535

L. Dean Fryday, Jr.
Robert S. Bourgeois
Tucker F. Giles
Jeanne P. Henderson
Kaitlin J. Dyer
Rachel S. Day
Caleb J. Huval

October 6, 2021

**<u>VIA FAX (985) 649-5830</u>**

G. Brice Jones
Law Offices of G. Brice Jones
61025 Highway 1091
Slidell, LA 70458

RE:    Nutzel, Corry, et al vs. McCord, Brandon, et al
        19th J.D.C.; Suit No. 709,244 Division "29"
        Claim Number: 18-08Q4-26R
        My File:  21BATO25573

Dear Mr. Jones:

This letter is to confirm the Rule 10.1 conference held October 5, 2021 with Paul Hesse, at which time it was agreed that your office would provide my office with written discovery responses within 3 weeks or by October 26, 2021.

If there are any questions, please do not hesitate to call.

Sincerely,

Katherine M. LaPorte

KML:pjm

cc:    Kristen Yee



**Pam Mitchell**

| | |
|---|---|
| **From:** | UTL_CLCRFAX |
| **Sent:** | Wednesday, October 6, 2021 2:33 PM |
| **To:** | Pam Mitchell |
| **Subject:** | Your fax has been successfully sent to G. Brice Jones at 19856495830. |
| **Attachments:** | MTHNFAX_2e2b478f-f591-440e-832d-7bb1530e2a36.PDF |

Your fax has been successfully sent to G. Brice Jones at 19856495830.
--------------------------------------------------------------
From: Pam Mitchell
--------------------------------------------------------------


--------------------------------------------------------------
10/6/2021 2:32:11 PM Transmission Record
     Sent to: G. Brice Jones
     Phone: 19856495830
     Billing information: '', ''
     Remote ID: 09082021
     Unique ID: "W5A615DB3696F42"
     Elapsed time: 0 minutes, 58 seconds.
     Used channel 33 on server "WPSFQL91".
     No ANI data.
     No AOC data.
     ECM
     Resulting status code (0/339; 0/0): Success
     Pages sent: 1 - 1
     Delegate ID: ""

10/6/2021 2:32:08 PM Conversion Record
     [RFP213D.tmp.PRT]
     Type: application/x-pcl
     G3 to TIFF #1: Success (20ms)
     Image Optimization #1: Success (11ms)
     PCL6 #1: Success (558ms)
     (WPSFQL92:WORKSRV3)

10/6/2021 2:31:54 PM Origin Record
 Created by W5AZ

EXHIBIT J

# CRAIG D. GREMILLION AND ASSOCIATES

## ATTORNEYS AT LAW

**Employees of the Law Department**
**State Farm Mutual Automobile Insurance Company**

Craig D. Gremillion
Suzanne W. Miller
Julie N. deGeneres
Sandra S. Rester
Aaron J. Chaisson, Jr.
Katherine M. LaPorte
E'Vinski L. Davis

2600 CitiPlace Drive, Suite 550
Baton Rouge, Louisiana  70808

Telephone:  (225) 231-9460
Facsimile:  (855) 396-2535

L. Dean Fryday, Jr.
Robert S. Bourgeois
Tucker F. Giles
Jeanne P. Henderson
Kaitlin J. Dyer
Rachel S. Day
Caleb J. Huval

November 2, 2021

**<u>VIA FAX (985) 649-5830</u>**
G. Brice Jones
Law Offices of G. Brice Jones
61025 Highway 1091
Slidell, LA 70458

RE:    Nutzel, Corry, et al vs. McCord, Brandon, et al
       19th J.D.C.; Suit No. 709,244 Division "29"
       Claim Number: 18-08Q4-26R
       My File:  21BATO25573

Dear Mr. Jones:

Pursuant to the Rule 10.1 conference held October 5, 2021 with Paul Hesse, it was agreed that you would provide my office with your client's written discovery responses by October 26, 2021. To date, said responses have not been received. Please provide responses by the close of business on November 12, 2021 to avoid a Motion to Compel in this matter. Should a Motion to Compel become necessary, I will be required to seek reimbursement of the costs and fees associated with the motion. I certainly hope this will not be necessary.

**If you contend that you have previously forwarded responses to the Interrogatories and Requests for Production of Documents referenced above, please let me know immediately.**

If there are any questions, please do not hesitate to call.

Sincerely,

Katherine M. LaPorte

KML:pjm
cc:    Kristen Yee

EXHIBIT
D



**Pam Mitchell**

| | |
|---|---|
| **From:** | UTL_CLCRFAX |
| **Sent:** | Tuesday, November 2, 2021 3:20 PM |
| **To:** | Pam Mitchell |
| **Subject:** | Your fax has been successfully sent to G. Brice Jones at 19856495830. |
| **Attachments:** | MTHNFAX_89efb3be-3c67-40b0-a93c-798867f2f6b2.PDF |

Your fax has been successfully sent to G. Brice Jones at 19856495830.

---------------------------------------------------------------

From: Pam Mitchell

---------------------------------------------------------------

---------------------------------------------------------------

11/2/2021 3:17:58 PM Transmission Record
  Sent to: G. Brice Jones
  Phone: 19856495830
  Billing information: '', ''
  Remote ID: 09082021
  Unique ID: "W5A618156A33A5B"
  Elapsed time: 1 minutes, 3 seconds.
  Used channel 17 on server "WPSFQL91".
  No ANI data.
  No AOC data.
  ECM
  Resulting status code (0/339; 0/0): Success
  Pages sent: 1 - 1
  Delegate ID: ""

11/2/2021 3:17:55 PM Conversion Record
  [RFPFF94.tmp.PRT]
  Type: application/x-pcl
  G3 to TIFF #1: Success (48ms)
  Image Optimization #1: Success (6ms)
  PCL6 #1: Success (574ms)
  (WPSFQL92:WORKSRV1)

11/2/2021 3:17:48 PM Origin Record
 Created by W5AZ

EXHIBIT J

EAST BATON ROUGE PARISH
**C-709244**
Filed Dec 07, 2021 11:30 AM
Deputy Clerk of Court
E-File Received Dec 07, 2021 9:51 AM

Case 3:22-cv-29091-JWD-RLB   Document 1-11   02/09/22   Page 104 of 111

CORRY S. NUTZEL AND ASHLEY NUTZEL, AS ADMINISTRATORS OF THE ESTATE OF THEIR MINOR CHILD, ARIYANA COLLINS NUTZEL AND DONALD E. COLLINS AND PAULA COLLINS

NUMBER: 709,244 SECTION: "29"

19TH JUDICIAL DISTRICT COURT

VERSUS

BRANDON MCCORD, RAFA TRANS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## MOTION TO COMPEL AND INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Mutual Automobile Insurance Company, who moves this Honorable Court to grant the relief set forth below, and respectfully represents the following:

On August 5, 2021, defendant served Interrogatories and Requests for Production Documents upon plaintiffs, Donald E. Collins, Paula Collins, and Ariyana C. Nutzel, in accordance with Articles 1457 et seq. and 1313 of the Louisiana Code of Civil Procedure (Exhibit A, Interrogatories and Requests for Production of Documents). More than thirty days have elapsed from the service of said discovery with no answers or responses provided by plaintiffs. Further, no extension of time has been granted by this court, nor has any objection to the discovery requests been made by plaintiffs. This failure to respond is without substantial justification.

Additionally, counsel for defendant wrote to counsel for plaintiffs on September 22, 2021, pursuant to Rule 10.1 of the Uniform District Court Rules, reminding counsel that discovery responses were past due and scheduling a Rule 10.1 conference for October 5, 2021 (Exhibit B, Rule 10.1 letter with confirmation of delivery).

A Rule 10.1 conference was held on October 5, 2021, at which time counsel agreed that responses to discovery would be received on or before October 26, 2021 (Exhibit C, Rule 10.1 agreement with confirmation of delivery).



EXHIBIT J

Counsel for defendant wrote a final letter to counsel for plaintiffs on November 2, 2021 requesting the outstanding responses by November 12, 2021 (Exhibit D, November 2, 2021 letter with confirmation of delivery).

As of this filing, responses have not been received.

Defendant's efforts to obtain answers to its Interrogatories and Requests for Production of Documents have been to no avail and it has therefore become necessary to incur expenses and costs in bringing this rule to compel.  In accordance with Articles 1469 and 1471 of the Louisiana Code of Civil Procedure, defendant is entitled to an Order compelling plaintiffs to fully and completely respond to the outstanding Interrogatories and Requests for Production of Documents and to pay all reasonable expenses and costs incurred, under the penalty of dismissal of plaintiffs' Petition for Damages.

WHEREFORE, defendant, State Farm Mutual Automobile Insurance Company, prays that a rule issue herein to plaintiffs, Donald E. Collins, Paula Collins, and Ariyana C. Nutzel, commanding them to show cause, if they have any, why an order should not issue compelling full and complete responses to the Interrogatories and Requests for Production of Documents propounded by defendant, State Farm Mutual Automobile Insurance Company, in default of which the instant suit be dismissed with prejudice, and, further, why plaintiffs should not be ordered to pay defendant all reasonable expenses incurred in obtaining this rule.

Respectfully submitted:

CRAIG D. GREMILLION AND ASSOCIATES
2600 CitiPlace Drive, Suite 550
Baton Rouge, LA 70808
Telephone:  (225) 231-9460
Facsimile:  (855) 396-2535

By: _____

Katherine M. LaPorte
Bar No. 21701
katherine.laporte@statefarm.com
Attorney for defendant, State Farm Mutual Automobile Insurance Company

EXHIBIT J

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion to Compel and Incorporated Memorandum in Support, Rule 10.1 Certificate of Conference and Order have been sent via us mail and/or faxed and/or emailed to all known counsel of record in this matter, namely:

G. Brice Jones
61025 Highway 1091
Slidell, LA 70458
FAX: (985) 649-5830
Email: brice@bricejoneslaw.net

Baton Rouge, Louisiana, this 7th day of December, 2021.

_____

Katherine M. LaPorte

## SERVICE INFORMATION

**Please Serve:**
Donald E. Collins, Paula Collins, and Ariyana C. Nutzel
through their attorney of record,
G. Brice Jones
Law Offices of G. Brice Jones
61025 Highway 1091
Slidell, LA 70458

**EXHIBIT J**

CORRY S. NUTZEL AND ASHLEY
NUTZEL, AS ADMINISTRATORS OF
THE ESTATE OF THEIR MINOR
CHILD, ARIYANA COLLINS NUTZEL
AND DONALD E. COLLINS AND
PAULA COLLINS

NUMBER: 709,244 SECTION: "29"

19TH JUDICIAL DISTRICT COURT

VERSUS

BRANDON MCCORD, RAFA TRANS,
INC., NATIONAL INTERSTATE
INSURANCE COMPANY, AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## RULE 10.1 CERTIFICATE OF CONFERENCE

I, the undersigned attorney, certify to the court as follows:

The parties or counsel personally conducted a conference on October 5, 2021. At this conference, there was a substantive discussion of every item presented to the court in this motion, and despite their best efforts, the parties or counsel were unable to resolve the matters presented. Specifically, undersigned counsel shows that:

1.  On September 22, 2021, undersigned forwarded a letter via facsimile to plaintiff's counsel scheduling a Rule 10.1 Conference for October 5, 2021 at 3:00 p.m. (Exhibit B);

2.  On October 5, 2021 a conference was held pursuant to Rule 10.1, at which time counsel agreed that responses to discovery would be received on or before October 26, 2021 (Exhibit C);

3.  On November 2, 2021 a final letter was sent to counsel for plaintiff requesting responses to the outstanding discovery by November 12, 2021 (Exhibit D); and

4.  As of date, undersigned counsel has not received any response to defendant's discovery propounded to plaintiffs, Donald E. Collins, Paula Collins, and Ariyana C. Nutzel.

Certified this 7th day of December, 2021.

_____
Katherine M. LaPorte

EXHIBIT J

CORRY S. NUTZEL AND ASHLEY
NUTZEL, AS ADMINISTRATORS OF
THE ESTATE OF THEIR MINOR
CHILD, ARIYANA COLLINS NUTZEL
AND DONALD E. COLLINS AND
PAULA COLLINS

NUMBER: 709,244 SECTION: "29"

19TH JUDICIAL DISTRICT COURT

VERSUS

BRANDON MCCORD, RAFA TRANS,
INC., NATIONAL INTERSTATE
INSURANCE COMPANY, AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## ORDER

The Court considering the foregoing Motion to Compel Answers to Interrogatories and

Responses to Request for Production of Documents brought by defendant, State Farm Mutual

Automobile Insurance Company:

IT IS ORDERED that a rule issue herein directed to plaintiffs, Donald E. Collins, Paula

Collins, and Ariyana C. Nutzel, commanding them to show cause, if they have any, before this

Honorable Court at __9:30__ o'clock __a__.m. on the __19__ day of __January__, 2022 why

the plaintiffs should not be required to provide full and complete responses to the

Interrogatories and Requests for Production of Documents propounded by defendant, and why

plaintiffs should not be required to pay defendant all reasonable expenses incurred in bringing

this Motion to Compel.

Baton Rouge, Louisiana, this __10__ day of __December__, 2021.

_____
HONORABLE KELLY BALFOUR, JUDGE
19TH JUDICIAL DISTRICT COURT

## SERVICE INFORMATION

**Please Serve:**
Donald E. Collins, Paula Collins, and Ariyana C. Nutzel
through their attorney of record,
G. Brice Jones
Law Offices of G. Brice Jones
61025 Highway 1091
Slidell, LA 70458


EXHIBIT J

EAST BATON ROUGE PARISH
Filed Dec 07, 2021 11:35 AM C-709244
Deputy Clerk of Court
E-File Received Dec 07, 2021 9:51 AM

# CRAIG D. GREMILLION AND ASSOCIATES

## ATTORNEYS AT LAW

### Employees of the Law Department
### State Farm Mutual Automobile Insurance Company

Craig D. Gremillion
Suzanne W. Miller
Julie N. deGeneres
Sandra S. Rester
Aaron J. Chaisson, Jr.
Katherine M. LaPorte
E'Vinski L. Davis

2600 CitiPlace Drive, Suite 550
Baton Rouge, Louisiana  70808

Telephone:  (225) 231-9460
Facsimile:   (855) 396-2535

L. Dean Fryday, Jr.
Robert S. Bourgeois
Tucker F. Giles
Jeanne P. Henderson
Kaitlin J. Dyer
Rachel S. Day
Caleb J. Huval

December 7, 2021

**VIA E-FILE**
Clerk of Court
19th Judicial District Court
Post Office Box 1991
Baton Rouge, LA  70821

RE:    Nutzel, Corry, et al vs. McCord, Brandon, et al
       19th J.D.C.; Suit No. 709,244 Division "29"
       Claim Number: 18-08Q4-26R
       My File:  21BATO25573

Dear Clerk:

Please e-file the attached Motion to Compel and Incorporated Memorandum in Support, Rule 10.1 Certificate of Conference and Order into the referenced suit and provide me with a receipt of transmission.

Thank you for your courtesy and cooperation in this matter.

Sincerely,

Katherine M. LaPorte

KML:pjm
Attachments

cc:    Judge Kelly Balfour – via U.S. Mail
       G. Brice Jones - VIA FAX ONLY: (985) 649-5830

EXHIBIT J

Case 3:22-cv-00091-JWD-RLB    Document 1-11    02/09/22   Page 110 of 111

**Judge: BALFOUR, KELLY Session: 1/19/2022**

C-709244
29
01/19/2022

This matter was passed without date.  (pgarrison, 1/19/22)

**Judge: DOC MINUTE Session: 9/20/2021**

C-709244
CH MIN
09/20/2021

This matter was passed without date per letter dated 9/9/21 by Katherine LaPorte.

EXHIBIT J

8705

## RETURN COPY



**D8032880**

### RULE NISI

**CORRY S NUTZEL, ET AL**
(Plaintiff)

**NUMBER C-709244 29**

**19th JUDICIAL DISTRICT COURT**

**VS**

**PARISH OF EAST BATON ROUGE**

**BRANDON MCCORD, ET AL**
(Defendant)

**STATE OF LOUISIANA**

**TO:** **DONALD E. COLLINS, PAULA COLLINS, AND ARIYANA C. NUTZEL**
**THROUGH THEIR ATTORNEY OF RECORD,**
**G. BRICE JONES**
**LAW OFFICES OF G. BRICE JONES,**
**61025 HIGHWAY 1091**
**SLIDELL, LA 70458**

The Mover in this case filed a **MOTION TO COMPEL AND INCORPORATED MEMORANDUM IN SUPPORT.** Certified copies and the Court's Order are attached.

You **MUST** come to Court at **09:30 AM** on **01/19/2022** in Room **10B,** 300 North Boulevard, Baton Rouge, Louisiana, and show cause why:

### * * * * * SEE ATTACHED ORDER * * * * *.

This Rule was issued by the Clerk of Court for East Baton Rouge Parish on **DECEMBER 13, 2021.**

*Laura Robichaux*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: LAPORTE, KATHERINE M**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:



(17)709244 - MOT/ORD  - SN #2
Served - Personal on          INT:
G. Brice Jones On Behalf Of Donald E. Collins, Paula Co
61025 HIGHWAY 1091, SLIDELL
Return Date & Time: 12/21/2021 11:29AM
through Sarah - secretary

8705 - Robert Lewis, Deputy Sheriff

_____.

_____, by leaving the same at his domicile
uitable age and discretion residing in the said domicile at

o find the within named _____ or

_____, 20_____.

puty Sheriff

TOTAL:       $_____

**RULE NISI –2027**



12-17-21

PRE-PAID

**EXHIBIT J**